| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Job #: 1912428 |

| | | |
|---|---|---|
| Peter Allen, et. al., | | Index Number: 19-cv-8173 |
| | | Date Filed: 09/02/2019 |
| vs | Plaintiff(s) | Client's File No.: |
| New York State Department of Corrections and Community Supervision, et. al., | | Court/Return Date: |
| | Defendant(s) | |

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

# AFFIDAVIT OF SERVICE

**Daniel P. Clothier**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **October 30, 2019**, at **4:00 PM** at **Great Meadow Correctional Facility, 11739 State Route 22, Comstock, NY 12821**, Deponent served the within **Summons in a Civil Action and Class Action Complaint**

On: **David Karandy, MD**, Defendant therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **Jenine Edwards (Inmate Records/co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment  [] dwelling house / usual place of abode /  last-known residence within the state. I was unable with due diligence to find subject thereat, having attempted personal delivery on:

☐ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to , which person is the  thereof, an agent duly authorized to accept service on behalf thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a first-class, postpaid, properly addressed envelope marked "Personal and Confidential" , from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

☒ **#6 APPROXIMATE DESCRIPTION**
Sex: Female    Skin/Race: White    Color of hair: Brown    Age: 55
Height: 5'8"   Weight: 165    Other Features:

☒ **#7 MILITARY SERVICE:** Upon information and belief, subject is not active in the U.S. Military Service in any capacity. No specific active military information was provided by recipient when questioned during service, and/or non-military status was confirmed through records of the U.S. Dept. Of Defense or otherwise known to and/or verified by me, and I received no indication  during completion of this service that subject is active military.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#9 OTHER**

Sworn to before me on November 1, 2019

NOTARY PUBLIC
(sign and affix stamp/seal)
KRISTI L. MANNING
Notary Public, State of New York
Saratoga Co. #01MA6280526
Commission Expires Apr. 29, 2021

Daniel P. Clothier

RONDOUT LEGAL SERVICES, INC., PO BOX 4115, KINGSTON, NY 12402 (TEL.: 845-331-6029)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                                    19-cv-8173
X--------------------------------------------------------------------------------------------------------------X

Peter Allen, et. al.,                                                                              Plaintiffs,

-against-

New York State Department of Corrections and Community Supervision, et. al.,         Defendants.

X--------------------------------------------------------------------------------------------------------------X

## AFFIDAVIT OF COMPLETION OF SERVICE BY EFFECTING REQUIRED FOLLOW-UP MAILING

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF ULSTER      )

**KIM F. LETUS**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over the age of eighteen (18) years, and reside within the State of New York.

2. That on **November 1, 2019**, in order to complete the requirements of personal service of the indicated document(s) on the individual named below, I mailed a true copy of the **Summons in a Civil Action and Class Action Complaint** herein by enclosing the same in a sealed envelope, with postage paid thereon, and depositing the same in a post office or official depository of the United States Postal Services within the State of New York, addressed to the last-known address of the addressee(s), as indicated below:

   **David Karandy, M.D.**
   **c/o Great Meadow Correctional Facility, 11739 State Route 22**
   **Comstock, NY 12821**

   Said envelope bore the notation "PERSONAL & CONFIDENTIAL" and did not indicate in the return address or otherwise that the mailing was from an attorney or pertained to a lawsuit.

3. This Affidavit is intended to be supplemental to separate Affidavit of Service previously filed or submitted.

                                                                       x_____
                                                                                    KIM F. LETUS

Sworn to before me on November 1, 2019

_____
NOTARY PUBLIC, STATE OF NEW YORK
CATHERINE LYNCH
Notary Public-State of New York
No. 01LY6383218
Qualified in Ulster County
Commission Expires 11/13/20 22





**PRIORITY MAIL**

PRESS FIRMLY TO SEAL

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

FROM:
P.O. Box 4115
Kingston, NY 12402

PERSONAL & CONFIDENTIAL

TO:
David Karandy, MD
Great Meadow Correctional Facility, 11739 State Route 22
Comstock, NY 12821