UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, et al.,

                   Plaintiffs,

-against-

NYS DOCCS, et al.,

                   Defendants.

---

19-cv-8173 (LP)(SN)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that he is admitted to practice before this Court, and appears as attorney for Defendants David Karandy, MD and Chun Lee, MD in the above-entitled action.

Dated: January 30, 2020

                   **HARRIS, CONWAY & DONOVAN, PLLC**

                   s/Ryan E. Manley
                   Ryan E. Manley, Esq.
                   *Attorneys for Defendants Andola, Gusman,*
                   *Mantaro, Acrish, Ashong, Karandy & Lee.*
                   50 State Street, 2nd Floor
                   Albany, New York, 12207
                   (518) 436-1661
                   rmanley@HCDLegal.com

cc:    All Attorneys of Record (via ECF)

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Notice of Appearance filed on behalf of Defendants David Karandy, MD and Chun Lee, MD was served via the Court's Electronic Case Filing (ECF) System on counsel for all parties of record in this action on January 30, 2020.

Dated: Albany, New York
January 30, 2020

                                                  s/Ryan E. Manley
                                                  Ryan E. Manley, Esq.