UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER ALLEN, *et al.*,

                        *Plaintiffs*,

            -against-                      **NOTICE OF MOTION**

NEW YORK STATE DEPARTMENT OF              19-cv-8173 (LAP)
CORRECTIONS AND COMMUNITY SUPERVISION,
*et al.*,

                        *Defendants*.
_____

      PLEASE TAKE NOTICE that upon the First Amended Complaint and accompanying memorandum of law dated April 8, 2020 and upon all prior proceedings, Defendants Andola, Gusman, Lee, Mantaro, Karandy, Acrish and Ashong will move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the Non-State Represented Defendants' motion to dismiss Plaintiffs' First Amended Complaint for failure to state a claim as a matter of law or in the alternative on the grounds that the Non-State Represented Defendants are entitled to qualified immunity.

Dated: April 8, 2020                    HARRIS, CONWAY & DONOVAN, PLLC

                                                  s/Ryan E. Manley
                                                  Ryan E. Manley, Esq.
                                                  *Attorneys for Non-State*
                                                  *Represented Defendants*
                                                  50 State Street, 2nd Floor
                                                  Albany, New York 12207
                                                  Phone: (518) 436-1661
To: All Counsel of Record (via ECF)      RManley@HCDLegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, I served the accompanying Notice of Motion to Dismiss the First Amended Complaint upon counsel for all parties via ECF.

Dated:  April 8, 2020

                                          HARRIS, CONWAY & DONOVAN, PLLC

                                          s/Ryan E. Manley
                                          Ryan E. Manley, Esq.
                                          *Attorneys for Non-State Represented Defendants*
                                          50 State Street, 2nd Floor
                                          Albany, New York 12207
                                          Phone: (518) 436-1661
                                          Fax: (518) 432-1996
                                          RManley@HCDLegal.com