UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN, et al.

        Plaintiffs,

    -versus-

NYS DOCCS, et al.,

        Defendants.

19 Civ. 8173

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has reviewed the parties' joint letter (dkt. no. 94) and is prepared to enter a scheduling order covering the matters contained in Plaintiffs' counsel's proposed schedule. However, it is the Court's view that initial disclosures should not be made until June 1 and that expert reports and rebuttal reports, if any, should be exchanged simultaneously and prior to expert depositions. Counsel shall confer and propose a schedule no later than April 16, 2020.


SO ORDERED.


Dated:  April 9, 2020
       New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge