

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES                                                          DIVISION OF STATE COUNSEL
ATTORNEY GENERAL                                                       LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

May 21, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Allen v. New York State Dep't of Corr. and Cmty. Supervision**,
               19 Civ. 8173 (LAP)

Dear Judge Preska:

      The New York State Office of the Attorney General ("OAG") represents defendants Carl Koenigsmann, John Morley, Susan Mueller, David Dinello, John Hammer, and Kristin Salotti (collectively "State Represented Defendants") in the above-referenced action. All parties have reviewed this letter and approve its contents.

      I write on behalf of all parties to respectfully request that this matter be referred to the magistrate judge for a settlement conference. In addition, the parties jointly request that the current deadline for all defendants' reply papers on the motions to dismiss be extended by one week from the current deadline of May 22, 2020 to May 29, 2020. Finally, the parties jointly request that the Plaintiffs' discovery motion (ECF No. 119) be held in abeyance while the parties continue to confer about the appropriate course with regard to the issues raised in Plaintiffs' counsel's motion.

      The parties engaged in an extended telephone call today about discovery issues, potential for resolution, and a number of other issues. During the conversation, we determined that it would be in the interest of all parties to seek the court's assistance in exploring potential paths for resolution. In addition, the parties are requesting extensions of deadlines to allow counsel time to confer with their clients about possibilities for resolution.

Page 2

Therefore, the parties jointly request: 1) that this matter be referred to the magistate judge for a settlement conference; 2) that all defendants' deadlines to file reply papers on the motions to dismiss be extended to May 29, 2020; and 3) that Plaintiffs' pending discovery motion (ECF No. 119) be held in abeyance.

Thank you for your consideration of this application.

The above three requests are granted.
SO ORDERED.
Dated: May 22, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Respectfully submitted,

*/S Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
(212) 416-8973
Brendan.Horan@ag.ny.gov

cc: Counsel of Record (**by ECF**)