UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

                Plaintiffs,

against

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al.,,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8173 (LAP) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Settlement Conference scheduled for Tuesday, June 23, 2020 at 2:00 pm is canceled.

Dated:      New York, New York
              May 28, 2020

                                          SO ORDERED

                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**