USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**PETER ALLEN**, et al.,

                        **Plaintiffs,**                             19-CV-08173 (LAP)(SN)

     -against-                                                    <u>**ORDER**</u>

**NEW YORK STATE DOCCS**, et al.,

                        **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference currently scheduled for Wednesday, June 17, 2020, at 10:00 a.m., and will instead be held at 2:00 p.m. that same day.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 8, 2020
                New York, New York