USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PETER ALLEN, et al.

                 Plaintiffs,

  -vs.-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.

                 Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)(SN)**

**ECF**

**TO:** Shawangunk Correctional Facility
P.O. Box 700
Wallkill, New York 12589

**WHEREAS** Terry Mathis, DIN# 92B1144 ("Plaintiff") is a representative Plaintiff in the above-captioned matter;

**WHEREAS** Plaintiff is currently in custody at Shawangunk Correctional Facility in Wallkill, New York;

**WHEREAS** the Honorable Sarah Netburn, U.S. Magistrate Judge, will be holding a settlement conference for the above-captioned matter on June 17, 2020 from 2:00 in the after noon to 5:00 in the afternoon telephonically;

**WHEREAS** Plaintiff's attendance telephonically is requested by Plaintiff's counsel as a representative of the putative class(es) to engage in meaningful settlement negotiation;

**NOW THEREFORE**, **IT IS ORDERED** that the SHAWANGUNK CORRECTIONAL FACILITY produce Terry Mathis DIN#92B1144 by telephone at 1:55 in the afternoon on June 17, 2020 by using a dial in number and access code supplied by Plaintiff's counsel;

**IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the telephonic conference in a privileged and confidential manner, without the presence of any third parties in the room, unless safety and security issues necessitate the termination of Mr. Gradia's presence on the call.

Dated: June __9__, 2020

So ordered: _____
Magistrate Judge Sarah Netburn