USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PETER ALLEN, et al.

                  Plaintiffs,

  -vs.-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.

                  Defendants.
_____

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)(SN)**

**ECF**

**TO:**   **Eastern N.Y. Correctional Facility**
        **P.O. Box 338**
        **Napanoch, New York 12458**

**WHEREAS** John Gradia, DIN# 04B3127 ("Plaintiff") is a representative Plaintiff in the above-captioned matter;

**WHEREAS** Plaintiff is currently in custody at Eastern New York Correctional Facility in Napanoch, New York;

**WHEREAS** the Honorable Sarah Netburn, U.S. Magistrate Judge, will be holding a settlement conference for the above-captioned matter on June 17, 2020 from 2:00 in the after noon to 5:00 in the afternoon telephonically;

**WHEREAS** Plaintiff's attendance telephonically is requested by Plaintiff's counsel as a representative of the putative class(es) to engage in meaningful settlement negotiation;

**NOW THEREFORE**, **IT IS ORDERED** that the EASTERN N.Y. CORRECTIONAL FACILITY produce John Gradia, DIN# 04B3127, by telephone at 1:55 in the afternoon on June 17, 2020 by using a dial in number and access code supplied by Plaintiff's counsel;

**IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the telephonic conference in a privileged and confidential manner, without the presence of any third parties in the room, unless safety and security issues necessitate the termination of Mr. Gradia's presence on the call.

Dated: June __9__, 2020

                                      So ordered: _____
                                                        Magistrate Judge Sarah Netburn