```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al.,<br><br>        Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    On May 22, 2020, the Court entered an order (dkt. no. 129) holding Plaintiffs' May 14, 2020 discovery motion (dkt. no. 119) in abeyance.  For administrative purposes, the Clerk of the Court is directed to terminate the open motion (dkt. no. 119). The parties may reopen the motion by submitting a letter to the Court.

SO ORDERED.

Dated:  October 27, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.