UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al., <br><br> Defendants. | No. 19-CV-8173 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Within 21 days, the defendants will tender their expert disclosures pursuant to Rule 26(a)(2)(C) for any parties who are anticipated to give testimony as witnesses that will present evidence under Federal Rule of Evidence 702, 703, or 705.  The disclosures must state the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, as well as a summary of the facts and opinions to which they are expected to testify related to the representative parties.

**SO ORDERED.**

Dated:    November 13, 2020
           New York, New York

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge