```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETER ALLEN, et al.,

                                **Plaintiffs,**                        19-CV-8173 (LAP)(SN)

       -against-                                **SETTLEMENT CONFERENCE ORDER**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement status conference is scheduled for Thursday, January 28, 2021, at 2:00 p.m. to occur telephonically. A telephonic settlement conference is scheduled for Thursday, February 11, 2021, at 2:00 p.m. For both conferences, the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, February 4, 2021.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
DATED:    December 15, 2020          United States Magistrate Judge
              New York, New York