```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETER ALLEN, et al.,

                              **Plaintiffs,**                  **19-CV-8173 (LAP)(SN)**

        -against-                                                 **ORDER**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The settlement conference previously scheduled for Thursday, February 11, 2021, at 2:00 p.m. is adjourned *sine die*. A settlement status conference is scheduled for Tuesday, March 9, 2021, at 3:30 p.m. to occur telephonically. At that time, the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:        January 28, 2021
                  New York, New York