```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PETER ALLEN, et al.,

        Plaintiffs,

   -against-

CARL KOENIGSMANN, et al.,

        Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of the parties' letters regarding Plaintiffs' motion to compel the production of documents (See dkt. nos. 204, 209, 211.)

    By February 16, 2021, Defendants shall inform the Court via ECF--using the chart created and submitted by Plaintiffs at dkt. no. 205-6--what documents will be produced and when they will be produced.

    Defendants shall also produce promptly any "draft" or "non-identical copy" emails not previously produced, including any drafted by Dr. Carol A. Moores and not transmitted. (See dkt. no. 205-1 (noting that "[a] draft or non-identical copy" constitutes "a separate document" under Plaintiffs' document request).)

    Thereafter, Plaintiffs' counsel shall inform the Court by letter of the status of Defendants' production. At that time,

the Court will be able to address any remaining dispute regarding Defendants' production.

**SO ORDERED.**

Dated:  February 9, 2021
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.