```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETER ALLEN, et al.,

                           **Plaintiffs,**                    19-CV-8173 (LAP)(SN)

      -against-                                          **ORDER**

CARL KOENIGSMANN, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The settlement status conference previously scheduled for Tuesday, March 9, 2021, at 3:30 p.m. is RESCHEDULED, and will now take place on Friday, April 9, 2021, at 1:30 p.m. At that time, the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      March 8, 2021
                 New York, New York