UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> CARL KOENIGSMANN, MD, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Defendants' counsel shall respond to Plaintiffs' letters dated February 14, 2021 (see dkt. no. 217) and March 11, 2021 (see dkt. no. 231) no later than March 18, 2021.

**SO ORDERED.**

Dated:    March 15, 2021
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1