```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PETER ALLEN, et al.,

        Plaintiffs,

  -against-

CARL KOENIGSMANN, et al.,

        Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Before the Court are Plaintiffs' letters seeking leave to move to compel Defendants to produce certain documents. (See dkt. nos. 217, 231.) Defendants responded to those letters by requesting to appear for a pre-motion conference, (see dkt. no. 233), and Plaintiffs replied, (see dkt. no. 234). Construing the parties' papers as Plaintiffs' motion to compel and Defendants' opposition, the motion to compel is GRANTED.

    In their papers, Plaintiffs lay out a litany of documents that Defendants have not yet produced. (See, e.g., dkt. no. 217 at 1-5.) Defendants largely concede that point, responding instead that they "have worked diligently to produce the records as quickly as possible[ ] and will continue to follow up with DOCCS and produce the medical records in the most efficient manner possible under the circumstances." (Dkt. no. 233 at 3.) The Court agrees with Plaintiffs, however, that imposing a

specific deadline for production will facilitate this case's moving forward.

Accordingly, Defendants are hereby ordered to produce the outstanding documents Plaintiffs have requested--as helpfully summarized in Plaintiffs' reply, (see dkt. no. 234 at 1-3)--by no later than May 3, 2021.

**SO ORDERED.**

Dated:   March 22, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.