UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PETER ALLEN, et al., | |
|---|---|
| Plaintiffs, | No. 19-CV-8173 (LAP) |
| -against- | ORDER |
| CARL KOENIGSMANN, MD, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

Pursuant to the Court's March 1, 2021 order, (see dkt. no. 226), Plaintiff's counsel selected fifteen documents over which Defendants assert a privilege. Defendants promptly produced those documents to the Court for in camera review. After carefully reviewing the documents, the Court finds as follows:

| Bates/Control No. | Privileged? |
|---|---|
| DDinello00003751 | Yes |
| OAG MWAP 4450 | No |
| OAG MWAP 210 | Yes |
| CMoore00000007 | No |
| CMoores00000081 | No |
| CMoores00000152 | No |
| CMoores00000139 | Emails – Yes<br>Attachments – No |
| CMoores00000008 | Emails – Yes<br>Attachments – No |
| CMoores00000138 | Emails – Yes<br>Attachments – No |
| MMalvarosa00000001 | Yes |
| MMalvarosa00000012 | Yes |

1

| | |
|---|---|
| MMalvarosa0000021 | Yes |
| CMoores00000144 | No |
| CMoores00000145 | No |
| CMoores00000143 | Yes |

In light of the foregoing conclusions, counsel shall confer and inform the Court--by letter and no later than April 14, 2021--how they propose to proceed with discovery.

**SO ORDERED.**

Dated:   April 5, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge