USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PETER ALLEN, et al.,

                            Petitioner,                        19-CV-8173 (LAP)(SN)

              -against-                                         **ORDER**

CARL KOENIGSMANN, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The parties shall file a joint status letter regarding the progress of any settlement discussion by July 16, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 18, 2021
                  New York, New York