UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

        Plaintiffs,

-against-

CARL KOENIGSMANN, MD, et al.,

        Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a teleconference on July 21, 2021 at 11:00 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    July 14, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1