

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

July 20, 2021

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Allen et al v. Koenigsmann et al, 19 Civ. 8173 (LAP) (SN)

Dear Judge Preska:

The New York State Office of the Attorney General ("OAG") represents defendants Carl Koenigsmann, John Morley, Susan Mueller, David Dinello, John Hammer, and Kristin Salotti (together, "State Represented Defendants") in the above-referenced action. I write to respectfully request an adjournment of the conference scheduled for 11:00 a.m. on July 21, 2021. I sincerely apologize for the late request, which was caused by a miscommunication regarding coverage for a pre-scheduled obligation in another matter. This is the first request for an adjournment of this conference.

I have reached out to counsel for all parties, who have indicated their availability for the next week, but not their position on the request. Counsel for all parties are available for a conference at any time on July 22, July 23, July 28, or any time before 12:00 p.m. on July 27.

Again, I deeply apologize for any inconvenience that my late request for an adjournment of tomorrow's conference has caused the Court and counsel.

Thank you for your consideration.

Respectfully submitted,

/S Brendan M. Horan
Brendan M. Horan
Assistant Attorney General
(212) 416-8973
Brendan.Horan@ag.ny.gov

The conference is adjourned to July 22, 2021 at 9:00 a.m. via telephone.

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/20/21

2