UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, MD, et al.,<br><br>              Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The teleconference currently scheduled for 9:00 a.m. on July 22, 2021 is adjourned to July 23, 2021 at 11:00 a.m. For ease of reference, the dial-in is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    July 21, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge