UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, MD, et al.,<br><br>　　　　　　　Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　Defendants shall respond by letter no later than August 5, 2021 to Ms. Agnew's pre-motion letter dated August 1, 2021. (See dkt. no. 274.)

**SO ORDERED.**

Dated:　　August 2, 2021
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1