```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN, et al., | |
| Plaintiffs, | No. 19-CV-8173 (LAP) |
| -against- | ORDER |
| CARL KOENIGSMANN, MD, et al., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' letters regarding Plaintiffs' proposed motion to compel. (See dkt. nos. 274, 278, & 279.) The parties shall appear for a teleconference on August 12, 2021 at 10:30 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   August 9, 2021
         New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge