UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, MD, et al.,<br><br>    Defendant. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The teleconference scheduled for August 12, 2021 at 10:30 a.m. is hereby moved to August 11, 2021 at 10:30 a.m.  For ease of reference, the dial-in is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated: August 10, 2021
    New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1