## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

August 27, 2021

**VIA ECF**

Re: *Allen, et al. v. NYS DOCCS, et al.,* 19-cv-8173 (LP)(SN)

Dear Judge Preska:

I represent Plaintiffs in the above-referenced action. I write to request a short extension of time for Plaintiffs to oppose State Defendants' pending 12(b)(6) motion until September 7, 2021. The opposition brief is currently due August 30, 2021. Defendants' counsel has graciously consented to my request.

I rarely request extensions of time for briefing, however, I am delivering both of my youngest children off to university. This week I delivered child Number 3 (or "favorite child" as he likes to call himself) to his institution in the "middle of nowhere." This trip entailed 8 hours in the car each way, two days to situate and three – yes, three – follow-up trips to a Walmart to purchase all the things he told me he did not need when we were packing. On Monday, I will deliver child Number 4 (or "favorite child" as he likes to call himself) to Boston. The car trip will be shorter and one hopes there will be fewer emergency shopping trips to (let us pray) somewhere other than a Walmart. I will be back at my desk on Wednesday in a sadly quiet house and will set to work on Plaintiffs' brief.

With thanks, as always, for the Court's continuing courtesies.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

```
The extension requested above
is GRANTED.

SO ORDERED.

Dated:    August 30, 2021
          New York, New York
```

*Loretta A. Preska*

```
LORETTA A. PRESKA, U.S.D.J.
```