

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8828

October 28, 2021

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Allen et al v. Koenigsmann et al</u>, 19 Civ. 8173 (LAP) (SN)

Dear Judge Preska:

The New York State Office of the Attorney General ("OAG") represents defendants Carl Koenigsmann, John Morley, Susan Mueller, David Dinello, John Hammer, and Kristin Salotti (together, "State Represented Defendants") in the above-referenced action.  I respectfully write with the consent of all parties to request an order allowing State Represented Defendants to take up to twenty-five virtual depositions pursuant to Fed. Rule Civ. P. 30(a)(2)(A)(i) and (b)(4), without prejudice to a request for more, should they be necessary.

Thank you for your consideration.

```
SO ORDERED.

Dated:   October 29, 2021
         New York, New York
```

*Loretta A. Preska* (signature)

```
LORETTA A. PRESKA
Senior United States District Judge
```

Respectfully submitted,

*/S Nia R. Stanford*
Nia R. Stanford
Assistant Attorney General
(212) 416-8828
Nia.Stanford@ag.ny.gov

28 LIBERTY STREET, NEW YORK, NEW YORK 10005 ● PHONE (212) 416-8610 ● WWW.AG.NY.GOV