UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
PETER ALLEN, et al.,    :
    :
                Plaintiffs,    :
    :    **NOTICE OF APPEARANCE**
    - against -    :
    :    19 Civ. 8173 (LAP)
NYS DOCCS, et al.,    :
    :
                Defendants.    :
------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that MICHAEL J. KEANE, an Assistant Attorney General in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for defendant Defendants New York State Department of Corrections and Community Supervision ("DOCCS"), Carl Koenigsmann, John Morley, Susan Mueller, David S. Dinello, Paula Bozer, John Hammer, Jon Miller, and Kristin Salotti (collectively the "State Represented Defendants").

Dated:  New York, New York
        April 6, 2022

                                          Respectfully submitted,
                                          LETITIA JAMES
                                          Attorney General
                                          State of New York
                                          <u>Attorney for State Represented Defendants</u>

                         By:    <u>S/ Michael J. Keane</u>
                                  MICHAEL J. KEANE
                                  Assistant Attorney General
                                  28 Liberty Street. 18th Floor
                                  New York, New York 10005
                                  (212) 416-8550
                                  michael.keane@ag.ny.gov

To:    Counsel of Record (**BY ECF**)