## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 7, 2022

**VIA ECF**

**Re:** *Allen, et al. v. NYS DOCCS, et al.,* 19-cv-8173 (LP)(SN)

Dear Judge Preska:

      This office represents Plaintiffs in the above-captioned matter. In furtherance of the parties' conference with the Court yesterday, we submit on behalf of the parties the following motion calendar for Plaintiffs' motions to certify the class and injunctions:

① 
| | |
|---|---|
| Plaintiffs' file moving papers: | May 16, 2022 |
| Defendants' file opposing papers: | July 1, 2022 |
| Plaintiffs' file reply papers: | July 18, 2022 |

②       The parties also respectfully request the <u>substitution of Dr. Carol Moores for Dr. John Morley for Plaintiffs' official capacity claims against Dr. Morley pursuant to Federal Rule Civil Procedure 25(d)</u>. Dr. Moores has succeeded Dr. Morley as Chief Medical Officer of the New York State Department of Corrections and Community Supervision. Dr. Morley will remain as a Defendant for the individual capacity claims against him.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/7/22

Respectfully submitted,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

cc: All Counsel of Record (via ECF)

---

*New York Office*      (347) 213-7676      josh@ajagnew.com      *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                            36 Page Hill Road
New York, NY 10011                                                                                  Far Hills, NJ 07931