UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, BRIAN BERNARD, MARK DANIELS, SHANNON DICKINSON, AARON DOCKERY, EDDIE FIELDS, JOHN GRADIA, ANGEL HERNANDEZ, HUGH KNIGHT, TERRY MATHIS, HAROLD ORTIZ, SEAN PRITCHETT, RASHID RAHMAN, FELIPE RIVERA-CRUZ, WAYNE STEWART, and DERRICK WILLIAMS, on behalf of themselves and others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>CARL KOENGISMANN, MD; JOHN MORLEY, MD; SUSAN MUELLER, MD; DEFENDANT S. DINELLO, MD; JOHN HAMMER, MD; ANN ANDOLA, MD; MIKHAIL GUSMAN, MD; CHUN LEE, MD; KATHLEEN MANTARO, MD; ALBERT ACRISH, NP; KRISTIN SALOTTI, NP; MARY ASHONG, NP; JOHN DOE #2, MD; JANE OR JOHN DOE, MD #3 - # 50; AND JANE OR JOHN DOE, NP OR PA, #1 - #50<br><br>Defendants. | **ECF CASE**<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>**19-cv-8173** |
| DR. CHRISTINE MICHAEL, guardian *ad litem* for ADITEP WHITE, JOSEPH PEREZ, RICHARD RIVERA, RODERICK REYES, CLAUDIO JOHNSON, ROBERT OLEMAN and GARY ORTIZ, on behalf of themselves and others similarly situated<br><br>Plaintiff-Intervenors<br><br>v.<br><br>CARL KOENGISMANN, MD; JOHN MORLEY, MD; CAROL MOORES, MD; IMTIAZ SAMAD, MD; KRISTIN SALOTTI, NP; CHRISTOPHER WRIGHT, MD; SUSAN MUELLER, MD; DAVID S. DINELLO, MD; PAULA BOZER, MD; CHUN LEE, MD; JOHN HAMMER, MD; VERONICA RUIZ, MD; ROBERT BENTIVEGNA, MD; LESTER SILVER, MD; KATHRYN INFANTINO, NP; and ALBERT ACRISH, NP.<br><br>Defendants-in-Intervention | |

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that on the _____ day of _____ 2022 at 9:00am or as soon thereafter as counsel may be heard, the Law Office of Amy Jane Agnew, P.C., counsel for Plaintiffs and Plaintiff-Intervenors, shall move before the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, before the Honorable Loretta A. Preska, United States Senior District Judge, for an Order granting Plaintiffs' and Plaintiff-Intervenors' Motion to Certify Classes pursuant to Federal Rule of Civil Procedure 23(b)(1)-(3) and/or 23(c)4, in the above-captioned case (the "*Allen* Action").

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs and Plaintiff-Intervenors shall rely upon this Notice of Motion, the Memorandum of Law in Support of Plaintiff-Intervenors' Motion, the Declaration of Amy Jane Agnew, Esq., with exhibits thereto, the Declaration of Dr. Adam Carinci with exhibits thereto, as well as the docket to date in this case.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs and Plaintiff-Intervenors request an Order certifying the following classes as follows:

**Liability Class**

All incarcerated individuals in the care and custody of the New York State Department of Corrections and Community Supervision who suffered or will suffer from chronic pain and/or neuropathies for whom medications defined as Medication with Abuse Potential ("MWAP") were denied or discontinued without an individualized assessment of medical need or efficacy.

**Injunctive Class**

All incarcerated individuals who are or will be in the care and custody of the New York State Department of Corrections and Community Supervision who suffer or will suffer from chronic pain and/or neuropathies who require individualized assessments of medical need for treatment with MWAP medications.

The Class Period starts June 1, 2015 and extends to the date on which the New York State Department of Corrections and Community Supervision, through its Chief Medical Officer, is enjoined from, or otherwise ceases, allowing the policy, practice and custom of denying or discontinuing MWAP treatment to incarcerated individuals without medical justification.

Dated: May 12, 2022
New York, New York

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

/s/ Amy Jane Agnew
Amy Jane Agnew, Esq.,
*Counsel for Plaintiff-Intervenors*
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724
aj@ajagnew.com