UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, BRIAN BERNARD, MARK DANIELS,
SHANNON DICKINSON, AARON DOCKERY, EDDIE
FIELDS, JOHN GRADIA, ANGEL HERNANDEZ, HUGH
KNIGHT, TERRY MATHIS, HAROLD ORTIZ, SEAN
PRITCHETT, RASHID RAHMAN, FELIPE RIVERA-CRUZ,
WAYNE STEWART, and DERRICK WILLIAMS, on behalf
of themselves and others similarly situated

                                  Plaintiffs

v.

CARL KOENGISMANN, MD; JOHN MORLEY, MD;
SUSAN MUELLER, MD; DEFENDANT S. DINELLO, MD;
JOHN HAMMER, MD; ANN ANDOLA, MD; MIKHAIL
GUSMAN, MD; CHUN LEE, MD; KATHLEEN MANTARO,
MD; ALBERT ACRISH, NP; KRISTIN SALOTTI, NP;
MARY ASHONG, NP; JOHN DOE #2, MD; JANE OR JOHN
DOE, MD #3 - # 50; AND JANE OR JOHN DOE, NP OR PA,
#1 - #50

                                  Defendants.

**ECF CASE**

**NOTICE OF MOTION
FOR INJUNCTIONS**

**19-cv-8173**

DR. CHRISTINE MICHAEL, guardian *ad litem* for ADITEP
WHITE, JOSEPH PEREZ, RICHARD RIVERA, RODERICK
REYES, CLAUDIO JOHNSON, ROBERT OLEMAN and
GARY ORTIZ, on behalf of themselves and others similarly
situated

                          Plaintiff-Intervenors

v.

CARL KOENGISMANN, MD; JOHN MORLEY, MD;
CAROL MOORES, MD; IMTIAZ SAMAD, MD; KRISTIN
SALOTTI, NP; CHRISTOPHER WRIGHT, MD; SUSAN
MUELLER, MD; DAVID S. DINELLO, MD; PAULA
BOZER, MD; CHUN LEE, MD; JOHN HAMMER, MD;
VERONICA RUIZ, MD; ROBERT BENTIVEGNA, MD;
LESTER SILVER, MD; KATHRYN INFANTINO, NP; and
ALBERT ACRISH, NP.

                      Defendants-in-Intervention

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that on the _____ day of _____ 2022 at 9:00am or as soon thereafter as counsel may be heard, the Law Office of Amy Jane Agnew, P.C., counsel for Plaintiffs and Plaintiff-Intervenors, shall move before the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, before the Honorable Loretta A. Preska, United States Senior District Judge, for an Order granting Plaintiffs' and Plaintiff-Intervenors' Motion to Injunctions in the above-captioned case (the "*Allen Action*").

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs and Plaintiff-Intervenors shall rely upon this Notice of Motion, the Memorandum of Law in Support of Plaintiff-Intervenors' Motion for Injunctions, the Declaration of Amy Jane Agnew, Esq. with exhibits thereto, the Declaration of Dr. Adam Carinci with exhibits thereto, the Declaration of Joshua L. Morrison, Esq. with exhibits thereto, as well as the docket to date in this case.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff and Plaintiff-Intervenors request an Order granting their Motion for Injunctions and directing Defendants to present to the Court and implement a plan that will cure the ongoing constitutional violations by guaranteeing a reassessment and/or individualized assessments for all current and future patients in the custody of DOCCS that may require pain management and/or neuromodulating medications to treat chronic health conditions. The plan must include a person or persons to oversee the implementation of the program, as well as provide a mechanism that will allow the identification and correction of any failures to treat the patients served by the program.

Dated: May 20, 2022
New York, New York

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

/s/ Joshua L. Morrison
Joshua L. Morrison, Esq.
Amy Jane Agnew, Esq.
*Counsel for Plaintiff-Intervenors*
24 Fifth Avenue, Suite 1701
New York, New York 10011
(312) 206-8185
Josh@ajagnew.com