UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
PETER ALLEN, et al.,
            Plaintiffs,           :
                                  :    19-CV-8173 (LAP)
                                  :
     -against-                    :
                                  :    ORDER
CARL KOENIGSMANN, et al.,         :
                                  :
            Defendants.           :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiffs' letter dated August 9, 2022.  (See dkt. no. 406.)  The Court will address the contents of that letter during the teleconference on Wednesday, August 10, 2022, at 10:00 a.m.  The Court notes that this teleconference is not in lieu of the deposition of Investigator Renee Goodman of DOCCS' Office of Special Investigations, which is scheduled to begin on Wednesday, August 10, 2022, at 9:00 a.m.  The parties can break in the deposition at 10:00 a.m.

**SO ORDERED.**

Dated:    August 9, 2022
          New York, New York

_Loretta A. Presla_
LORETTA A. PRESKA
Senior United States District Judge