```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PETER ALLEN, et al.,                :
            Plaintiffs,             :
                                    :      19-CV-8173 (LAP)
        -against-                   :
                                    :         ORDER
CARL KOENIGSMANN, et al.,           :
                                    :
            Defendants.             :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' motion requesting the Court issue an Order to Show Cause against Dr. Neel Mehta. (See dkt. nos. 416-18.)  A copy of this order, together with Plaintiffs' motion (dkt. nos. 416-18), shall be personally served upon Dr. Neel Mehta, the defendants, or their attorneys on or before August 26, 2022, and that such service be deemed good and sufficient.  The State Represented Defendants shall respond on or before September 1, 2022.  Plaintiffs may reply no later than September 7, 2022, at noon.  The parties shall appear for a hearing on Plaintiffs' motion on September 8, 2022, at 9:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    August 23, 2022
            New York, New York

_____
  LORETTA A. PRESKA
  Senior United States District Judge