UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

        Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

        Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter dated November 17, 2022. (See dkt. no. 459.) The Clerk of the Court shall remove dkt. nos. 452, 453, and 456 from the public docket. On consent, Defendants shall re-file those documents in conformity with the E-Government Act of 2002.

**SO ORDERED.**

Dated:    November 18, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1