```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     The Court has reviewed the parties' submissions regarding the Defendants' 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction (see dkt. nos. 273, 448, 449, and 486) and Plaintiff's Motion for Preliminary Injunctions (see dkt. nos. 378, 481, and 487). The parties shall appear for a telephone conference on December 23, 2022, at 10:00 AM to discuss the two patients mentioned in Plaintiffs' December 20, 2022 letter (dkt. no. 487), among other topics. The dial-in information for the conference is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:     December 21, 2022
          New York, New York

                            */s/ Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge