UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>               Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>               Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters dated January 3, 2023. (See dkt. nos. 494 and 495.) The parties participating in the preliminary injunction evidentiary hearing shall appear for a telephone conference on January 5, 2023, at 9:00 AM using dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 4, 2023
            New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge