UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties participating in the preliminary injunction evidentiary hearing shall appear for a telephone conference on February 1, 2023, at 11:30 AM using dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 23, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1