UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                            Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                            Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**   **Superintendent, Shawangunk Correctional Facility**
        **200 Quick Road**
        **Wallkill, New York 12589**

**WHEREAS** John Hinespeter DIN #01A5236 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Hinespeter is currently in custody at Shawangunk Correctional Facility in Wallkill, New York; and

**WHEREAS** Mr. Hinespeter's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Shawangunk Correctional Facility has already been ordered to reserve the video conferencing equipment for February 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SHAWANGUNK CORRECTIONAL FACILITY produce John Hinespeter on February 8, 2023 at 10:30am until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Shawangunk; and

**IT IS FURTHER ORDERED** that Mr. Hinespeter must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Hinespeter has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

                                          So ordered: *Loretta A. Preska*
                                                            LORETTA A. PRESKA, U.S.D.J.