UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Superintendent, Marcy Correctional Facility
9000 Old River Road
Marcy, New York 13403

**WHEREAS** Claudio Johnson DIN #10A2695 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Johnson is currently in custody at Marcy Correctional Facility in Marcy, New York; and

**WHEREAS** Mr. Johnson's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Marcy Correctional Facility has already been ordered to reserve the video conferencing equipment for February 10, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF MARCY CORRECTIONAL FACILITY produce Claudio Johnson on February 10, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Marcy Correctional Facility; and

**IT IS FURTHER ORDERED** that Mr. Johnson must be allowed to participate in the video conference in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Johnson has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

So ordered: *Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.