**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PETER ALLEN, *et al.*

                              Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                             Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** **Superintendent, Eastern NY Correctional Facility**
       **30 Institution Road**
       **Napanoch, New York 12458**

**WHEREAS** Julio Moronta DIN #10A1697 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Moronta is currently in custody at Eastern NY Correctional Facility in Napanoch, New York; and

**WHEREAS** Mr. Moronta's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Eastern NY Correctional Facility has already been ordered to reserve the video conferencing equipment for February 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF EATERN NY CORRECTIONAL FACILITY produce Julio Moronta on February 8, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Eastern NY Correctional Facility; and

**IT IS FURTHER ORDERED** that Mr. Moronta must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Moronta has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

                            So ordered: _Loretta A. Preska_
                                        LORETTA A. PRESKA, U.S.D.J.