UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                          Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                          Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Superintendent, Woodbourne Correctional Facility
      99 Prison Road
      Woodbourne, New York 12788

**WHEREAS** Donald Madison DIN #04A6844 is a putative class member in the above-captioned matter; and

**WHEREAS** Mr. Madison is currently in custody at Woodbourne Correctional Facility in Woodbourne, New York; and

**WHEREAS** Mr. Madison's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Woodbourne Correctional Facility has already been ordered to reserve the video conferencing equipment for February 9, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF WOODBOURNE CORRECTIONAL FACILITY produce Donald Madison on February 9, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended wherever the video conferencing equipment is located within Woodbourne; and

**IT IS FURTHER ORDERED** that Mr. Madison must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Madison has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

                                        So ordered: _____
                                                    LORETTA A. PRESKA, U.S.D.J.