UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** **Superintendent, Woodbourne Correctional Facility**
      **99 Prison Road**
      **Woodbourne, New York 12788**

**WHEREAS** Ramal Myriee DIN #22R1066 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Myriee is currently in custody at Woodbourne Correctional Facility in Woodbourne, New York; and

**WHEREAS** Mr. Myriee's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Woodbourne Correctional Facility has already been ordered to reserve the video conferencing equipment for February 9, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF WOODBOURNE CORRECTIONAL FACILITY produce Ramal Myriee on February 9, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Myriee must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Myriee has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

So ordered: *Loretta A. Preska*
                            LORETTA A. PRESKA, U.S.D.J.