UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                      Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                      Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Superintendent, Shawangunk Correctional Facility
200 Quick Road
Wallkill, New York 12589

**WHEREAS** Rashid Rahman DIN #12A4089 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Rahman is currently in custody at Shawangunk Correctional Facility in Wallkill, New York; and

**WHEREAS** Mr. Rahman's testimony is needed for an evidentiary hearing in the above-captioned matter; and

**WHEREAS** Shawangunk Correctional Facility has already been ordered to reserve the video conferencing equipment for February 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SHAWANGUNK CORRECTIONAL FACILITY produce Rashid Rahman 12A4089 on February 8, 2023 at 10:30am until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Shawangunk; and

**IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Rahman has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: January 24, 2023

So ordered: *Loretta A. Preska*
                               LORETTA A. PRESKA, U.S.D.J.