**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER ALLEN, MARK DANIELS, AARON DOCKERY, et al., | : : : : : |
| Plaintiffs, | : |
| -against- | : **No. 19 Civ. 8173 (LAP)** : : **ORDER** |
| CARL KOENINGSMANN, MD., et al., | : : |
| Defendants. | : : : |

**Honorable Loretta A. Preska, United States District Judge:**

**WHEREAS** the New York State Department of Corrections and Community Supervision ("DOCCS") will be transporting Plaintiff, Aaron Dockery, DIN # 15A3271 to Metropolitan Detention Center on February 3, 2023 for a hearing before this Court to be conducted on February 6, 2023 and continuing from day to day until completion; and

**WHEREAS** the record before this Court suggests that Mr. Dockery suffers from multiple sclerosis which requires daily medication, including Gabapentin/Neurontin and Baclofen to effectively treat his pain; and

**WHEREAS** the record before this Court suggests that Mr. Dockery at times requires the assistance of a walker or a wheelchair to ambulate due to his symptoms; and

**WHEREAS** Mr. Dockery will be housed at the Metropolitan Detention Center ("MDC") in Brooklyn, New York during the course of the Court hearing; and

**WHEREAS** Mr. Dockery will also need to attend the entirety of hearings before this Court starting on February 6, 2023 without becoming ill and interrupting the proceedings and he will need to offer assistance to his counsel in prosecuting the case; and

**WHEREAS** the medical department at MDC may not have time to prescribe and fill the prescriptions or provide medical devices while Mr. Dockery is in its care; and

**IT IS HEREBY ORDERED** that DOCCS will transport on February 3, 2023, along with the body of Mr. Dockery, a walker and a wheelchair to MDC for Mr. Dockery's use.

**IT IS HEREBY ORDERED** that the DOCCS medical professional in charge of Mr. Dockery's medical care will provide a ten (10) day supply of Gabapentin/Neurontin and Baclofen, along with any medications prescribed to Mr. Dockery for administration to Mr. Dockery during his stay at Metropolitan Detention Center and during the Court's hearing. For the avoidance of any doubt, Mr. Dockery must be transported on February 3, 2023 with a ten (10) day supply of all his medication which he will not personally possess, but will be available to him according to his prescriptions.

Dated: January 24, 2023
New York, New York

SO ORDERED.

*Loretta A. Preska*
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE