UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, MARK DANIELS, AARON DOCKERY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CARL KOENINGSMANN, MD., et al., <br><br> Defendants. | No. 19 Civ. 8173 (LAP) <br><br> ORDER |

**Honorable Loretta A. Preska, United States District Judge:**

**WHEREAS** a Writ of Habeas Corpus Ad Testificandum ("Writ") allowing the transport and housing of Mr. Mark Daniels was allowed by this Court on January 23, 2023, and endorsed by the Clerk of the United States Court for the Southern District of New York on January 25, 2023; and

**WHEREAS** it has come to the attention of the Court that Mr. Daniels was exposed to the COVID-19 virus and must be quarantined until at least February 6, 2023; and

**WHEREAS** Counsel for Mr. Daniels has requested that the Court vacate the Writ so that Mr. Daniels can remain in quarantine to ensure both his safety and that of others

**IT IS HEREBY ORDERED** that the Writ directed to Jaifa Collado, Superintendent of Shawangunk Correctional Facility, Anthony J. Annucci, Acting Commissioner of the New York State Department of Corrections and Community Supervision, Ralph Sozio, the United States Marshal, and Heriberto Tellez, Warden of the Metropolitan Detention Center regarding Mr. Daniels **IS HEREBY VACATED.**

Dated: February 1, 2023
      New York, New York

                        SO ORDERED.

                        _____
                        HON. LORETTA A. PRESKA
                        UNITED STATES DISTRICT JUDGE