UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, MARK DANIELS, AARON DOCKERY, et al.,<br><br>                                    Plaintiffs,<br><br>  -against-<br><br>CARL KOENINGSMANN, MD., et al.,<br><br>                                    Defendants. | No. 19 Civ. 8173 (LAP)<br><br>**TRIAL CLOTHES ORDER** |

**TO:  METROPOLITAN DETENTION CENTER**
     **80 29th Street**
     **Brooklyn, New York 11232**

**WHEREAS** the New York State Department of Corrections and Community Supervision ("DOCCS") will be transporting Plaintiff, Aaron Dockery, DIN # 15A3271 to Metropolitan Detention Center on February 3, 2023, for a hearing before this Court to be conducted on February 6, 2023, and continuing from day to day until completion; and

**WHEREAS** the above entitled Plaintiff must attend a hearing at the United States Courthouse, located at 500 Pearl Street, New York, New York 10007 on February 6, 2023, and continuing until the proceeding is complete; and

**WHEREAS** Mr. Dockery's counsel needs to deliver appropriate attire for Plaintiff to wear to court;

**NOW THEREFORE, IT IS ORDERED** that the METROPOLITAN DETENTION CETNER accept three (3) sets of trial clothes from Amy Jane Agnew, Esq. and deliver them to inmate Aaron Dockery NYS DOCCS DIN # 15A3271.

- 2 -

Dated: February 2, 2023
      New York, New York

SO ORDERED.

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE