UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
PETER ALLEN, et al.,
                Plaintiffs,

      - against -

THE STATE OF NEW YORK DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                Defendants.
------------------------------------------------------------- X

19-cv-08173 (LAP)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFFS**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that the attorneys for the respective parties in this matter may take the depositions of the following incarcerated plaintiffs: Peter Allen, DIN # 06A6011; Mark Daniels, DIN #13B0317; Wayne Stewart, DIN # 17A622; and Terry Mathis, DIN # 92B1144; before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a correctional facility maintained by the New York State Department of Corrections and Community Supervision, upon notice to Plaintiff and the Superintendent of the correctional facility.

Dated: New York, New York
       March 23, 2023

SO ORDERED.

_____
LORETTA A. PRESKA
United States District Judge