UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>      Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Recently the Court has denied certain Defendants' motions to dismiss, granted Plaintiffs' motion for preliminary injunction, and granted Plaintiffs' motion to certify an injunctive class, but denied Plaintiffs' motion for a liability class. (See dkt. nos. 552 and 553.) In light of these rulings, Plaintiffs' motion to intervene, (dkt. no. 343), is premature. Accordingly, that motion is marked off the calendar, subject to reinstatement by letter.

  Counsel shall confer and appear at a telephonic conference on April 13, 2023, at 10:00 a.m. to discuss how they wish to proceed with respect to the proposed intervention.

  The Clerk of the Court shall close the open motion (dkt. no. 343).

**SO ORDERED.**

Dated:      March 31, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge