UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Plaintiffs' letter identifying representative Plaintiffs for the injunctive class. (Dkt. no. 559.) Dr. Moores shall respond to Plaintiffs' letter no later than April 12, 2023.

**SO ORDERED.**

Dated:    April 10, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1