UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

           Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

           Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Fulton's letter dated March 29, 2023, and Ms. Agnew's letter dated April 19, 2023. (Dkt. nos. 566 & 567.) Ms. Agnew's suggestion that she respond to individual class members' letters, producing her responses to the parties where appropriate, is approved with the addition that the Court receive copies of Ms. Agnew's responses when they are produced to the parties.

**SO ORDERED.**

Dated:    April 25, 2023
          New York, New York

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
Senior United States District Judge

1