

WHITEMAN

OSTERMAN

& HANNA LLP

Attorneys at Law
www.woh.com

Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Oriana L. Kiley
Of Counsel
518.487.7728 phone
okiley@woh.com

May 4, 2023

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, New York 10007

  *Re:* *Allen et al. v. Koenigsmann, et al.*, 19-CV-8173 (S.D.N.Y.)

Dear Judge Preska:

  My office represents Dr. Carol A. Moores in her official capacity in the above referenced matter. On March 31, 2023, the Court granted Plaintiffs' motion for preliminary injunctions and reserved ruling on the provisions of the injunctions until it heard from the parties. [Dkt. No. 552]. On April 13, 2023, the Court held a telephone conference and ordered that Dr. Moores file proposed terms for the preliminary injunction in three weeks, on May 4, 2023. [See Dkt. Entry April 13, 2023].

  In accordance with the above Opinion and Order and this Court's directive during its telephone conference, attached as **Exhibit A** are proposed terms by Dr. Moores. It is Dr. Moores' understanding that the Court intends to order the provisions of the preliminary injunction following its review of proposals submitted by the parties, and these proposed terms are being submitted in draft form solely for that purpose.

  By submitting the attached proposed terms, and engaging in their negotiation and subsequent entry, no admissions to any allegations, findings of fact or conclusions of law in this matter are being made by Dr. Moores in her official capacity, or on behalf of DOCCS. Submission of the attached terms, their negotiation and subsequent entry, do not forfeit or waive Dr. Moores' right to appeal.

  The attached proposed terms were sent to Plaintiffs' counsel on May 3, 2023, as requested by the Court. To the extent the Court would like to further discuss these terms over a conference,

Hon. Loretta A. Preska
May 4, 2023
Page 2


we are happy to do so and respectfully request that any such conference be held with a court reporter present.

Thank you for your time and consideration.

Respectfully submitted,

*Oriana Kiley*

Oriana L. Kiley, Esq.


cc:  All Counsel of Record (via CM/ECF)