UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>　　　　　　Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has received the parties' letters dated May 3 and 4, 2023. (Dkt. nos. 574, 575, 576, and 577.) The parties shall appear for a conference on May 9, 2023, at 12:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:　　May 5, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　Senior United States District Judge

1