UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

                    Plaintiffs,

 -against-

CARL KOENIGSMANN, et al.,

                    Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' letters dated May 16, 18, 25, and 29, 2023. (Dkt. nos. 579, 582, 586, and 587.) The parties shall appear for a telephone conference on May 31, 2023, at 10:30 AM. Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    May 30, 2023
          New York, New York

LORETTA A. PRESKA
Senior United States District Judge

1