```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| PETER ALLEN, et al. | : |
|                         Plaintiffs | : **ECF CASE** |
|  | : **No. 19 cv 8173** |
|          v. | : |
| CARL KOENGISMANN, et al. | : **ORDER REGARDING** |
|  | : **LAW STUDENT ACCESS** |
|  | : **TO DOCCS'** |
|                         Defendants. | : **FACILITIES** |

**LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:**

    WHEREAS Plaintiffs' counsel in the above-captioned matter has hired law student summer clerks to conduct interviews of prisoners in the custody and control of NYS DOCCS, specifically Baron Jones, a 3L at Fordham University School of Law, Shira Nabatian, a 3L at New York University School of Law, and Samuel Sosa, a 2L at Fordham University School of Law ("the law students"), to collect information for use in the upcoming trial; and

    WHEREAS an admitted lawyer from Plaintiffs' counsel's office may not be able to accompany the law students for each legal visit with prisoners; and

    WHEREAS DOCCS' Directive 4404 allows law student clerks employed by counsel to have access to prisoners for legal visits on the same terms as admitted counsel; and

1

**WHEREAS** to avoid any confusion or scheduling issues, Plaintiffs' counsel has requested an order to accompany its requests for the scheduling of legal visits; and

**IT IS SO ORDERED**, that all DOCCS facilities shall allow and arrange for the legal visits of the law students on the same terms and conditions granted to employed law students by DOCCS Directive 4404 regardless of the presence of an admitted attorney.

Nothing in this Order shall be construed to grant the law students any privileges, access, or ability to deviate from the application of any DOCCS' Directive, law, policy, or DOCCS' safety and security concerns.

SO ORDERED.

Dated:   May 31, 2023
         New York, New York

_Loretta A Preska_
LORETTA A PRESKA, U.S.D.J.