

Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

Oriana L. Kiley
Of Counsel
518.487.7728 phone
okiley@woh.com

June 2, 2023

**<u>Via CM/ECF</u>**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, New York 10007

  Re: *Allen et al. v. Koenigsmann, et al.*, Docket No.: 19-CV-8173 (S.D.N.Y.)

Dear Judge Preska:

  My office represents defendant Dr. Carol A. Moores ("Dr. Moores"), in her official capacity. I am writing in response to the Proposed Revised Order (Dkt. No. 591) filed by Plaintiffs' counsel this afternoon, which does not accurately reflect all of the terms discussed by the parties and this Court.

  A conference was held on May 31, 2023, to discuss the language of the terms of the forthcoming Preliminary Injunction Order ("Order"). During the conference, the parties discussed including certain language (the "*Barrett* language[1]") in the Order stating that "Plaintiffs may seek to renew [the Order] by making a request in writing or the parties may stipulate [to an extension of the Order]." Your Honor stated that this language would be "going in" to the Order. Plaintiffs' Proposed Revised Order filed today, however, fails to include the *Barrett* language ordered by the Court.

  Please note, our "no objection" referenced in plaintiffs' letter was in response to the newly added language of paragraph 8 of the proposed revised order. We apologize for any confusion.

              Respectfully submitted,

              *Oriana Kiley*

              Oriana L. Kiley, Esq.

cc: All counsel of record (via CM/ECF)

---

[1] See *Barrett v. Maciol*, 2022 WL 130878, at *9-10 (N.D.N.Y. Jan. 14, 2022).