UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al. <br><br> Defendants. | No. 19 Civ. 8173 (LAP) |

**LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:**

**WHEREAS,** the Court has scheduled a permanent injunction hearing to commence on August 7, 2023 ("hearing") in the above-captioned matter which will continue from day to day until complete; and

**WHEREAS,** both Plaintiffs and Defendant Carol Moores will need to call witnesses and parties from several DOCCS facilities to testify in the hearing; and

**WHEREAS,** the most efficient means for facilitating the appearance of witnesses will be through video equipment at the various DOCCS' Correctional Facilities;

**IT IS HEREBY ORDERED** that the Superintendents of the following DOCCS' correctional facilities will arrange for the reservation of video equipment for court appearances on

1

August 8, 2023 through August 11, 2023 for use in the permanent injunction hearing:

Adirondack Correctional Facility;
Albion Correctional Facility;
Attica Correctional Facility;
Auburn Correctional Facility;
Bare Hill Correctional Facility;
Bedford Hills Correctional Facility;
Cayuga Correctional Facility;
Clinton Correctional Facility;
Coxsackie Correctional Facility;
Eastern Correctional Facility;
Elmira Correctional Facility;
Fishkill Correctional Facility;
Five Points Correctional Facility;
Franklin Correctional Facility;
Great Meadow Correctional Facility;
Green Haven Correctional Facility;
Greene Correctional Facility;
Groveland Correctional Facility;
Marcy Correctional Facility;
Midstate Correctional Facility;
Mohawk Correctional Facility;
Shawangunk Correctional Facility;
Sing Sing Correctional Facility;
Sullivan Correctional Facility;
Wende Correctional Facility;
Woodbourne Correctional Facility;

**IT IS FURTHER ORDERED**, that any facility that already has reservations for use of the equipment on August 8, 2023 through August 11, 2023 will report the times of the already booked reservations to counsel for the parties at the following email addresses by July 24, 2023 so counsel can make alternative arrangements or schedule proceedings and witnesses around the current reservations. Notice to counsel shall be to all of the following email addresses:

Amy Jane Agnew, Esq. - aj@ajagnew.com
Michael Keane, Esq. - Michael.keane@ag.ny.gov
Ryan Manley, Esq. - rmanley@lawcdm.com
Oriana Kiley, Esq. - okiley@woh.com

Counsel for the parties will give notice to any facility as soon as practicable if the video equipment at any given facility will not be necessary on any given day of the proceedings; and

**IT IS FURTHER ORDERED**, that counsel for Plaintiffs shall arrange for the service of this Order on each Superintendent of the listed facilities.

Dated: ~~June~~ July 5, 2023
New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.

3