UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> CARL KOENIGSMANN, et al., <br><br>                    Defendants. | No. 19-CV-8173 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Plaintiffs' letter dated July 1, 2023. (Dkt. no. 628.) Any defendant who wishes to respond shall file their response no later than July 7, 2023, and Plaintiffs shall file their reply, if any, no later than July 11, 2023.

**SO ORDERED.**

Dated:    July 5, 2023
            New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge