UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, et al.,

                Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

                Defendants.

No. 19-CV-8173 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons set out at the oral argument on July 6, 2023, Defendant Moores' motion to stay the preliminary injunction and the permanent injunction trial is denied.

**SO ORDERED.**

Dated:    July 6, 2023
            New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge