UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received the parties' letters dated July 1, 7, and 8, 2023. (Dkt. nos. 628, 637, 638.) The parties shall appear for a telephone conference on July 18, 2023, at 11:30 AM. Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   July 13, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1