UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER ALLEN, *et al.*

                            Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                            Defendants.
_____

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** **Donita Mcintosh, Superintendent**
**Clinton Correctional Facility**
**1156 Rt. 374**
**Dannemora, New York 12929**

**WHEREAS** John Crosby DIN# 17B2939 is a class member in the above-captioned matter;

**WHEREAS** Mr. Crosby is currently in custody at Clinton Correctional Facility in Dannemora, New York; and

**WHEREAS** Mr. Crosby's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Clinton Correctional Facility has already been ordered to reserve the video conferencing equipment for August 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY produce John Crosby on August 8, 2023 at 3:00 pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Crosby must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Crosby has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July\_\_\_, 2023

                            So ordered: _____
                                          LORETTA A. PRESKA, U.S.D.J.