UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                    Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                    Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Edward Burnett, Superintendent
Fishkill Correctional Facility
18 Strack Drive
Beacon, New York 12508-0307

**WHEREAS** Thomas Curry DIN# 20R0613 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Curry is currently in custody at Fishkill Correctional Facility in Beacon, New York; and

**WHEREAS** Mr. Curry's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Fishkill Correctional Facility has already been ordered to reserve the video conferencing equipment for August 9, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FISHKILL CORRECTIONAL FACILITY produce Thomas Curry on August 9, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Curry must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Curry has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July___, 2023

                              So ordered: _____
                                        LORETTA A. PRESKA, U.S.D.J.