UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER ALLEN, *et al.*

                              Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                             Defendants.
_____

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** **Susan Squires, Superintendent**
**Albion Correctional Facility**
**3595 State School Road**
**Albion, New York 14411-9399**

**WHEREAS** Tina Vivenzio DIN#14G0521 is a class member in the above-captioned matter;

**WHEREAS** Ms. Vivenzio is currently in custody at Albion Correctional Facility in Albion, New York; and

**WHEREAS** Ms. Vivenzio's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Albion Correctional Facility has already been ordered to reserve the video conferencing equipment for August 9, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF ALBION CORRECTIONAL FACILITY produce Tina Vivenzio on August 9, 2023 at 10:00am until her testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Ms. Vivenzio must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow her to bring any legal papers Ms. Vivenzio has been sent by her counsel and she shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July ___, 2023

                                              So ordered: _____
                                                        LORETTA A. PRESKA, U.S.D.J.