UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER ALLEN, *et al.*

                            Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                            Defendants.
_____

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**   **Andrew Boyd, Superintendent**
        **Adirondack Correctional Facility**
        **P.O. Box 110**
        **Ray Brook, New York 12977-0110**

**WHEREAS** Samson Burch DIN #81A3683 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Burch is currently in custody at Adirondack Correctional Facility in Ray Brook, New York; and

**WHEREAS** Mr. Burch's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Adirondack Correctional Facility has already been ordered to reserve the video conferencing equipment for August 10, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF ADIRONDACK CORRECTIONAL FACILITY produce Samson Burch on August 10, 2023 at 12:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Burch must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Burch has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

                                          So ordered: _____*Loretta A. Preska*_____
                                                               LORETTA A. PRESKA, U.S.D.J.