UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER ALLEN, *et al.*

                        Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                        Defendants.
_____

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**   **Dennis Bradford, Superintendent**
        **Bare Hill Correctional Facility**
        **181 Brand Rd.**
        **Malone, New York 12953-0020**

**WHEREAS** Marc Confessore DIN# 19A1376 is a class member in the above-captioned matter;

**WHEREAS** Mr. Confessore is currently in custody at Bare Hill Correctional Facility in Malone, New York; and

**WHEREAS** Mr. Confessore's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Bare Hill Correctional Facility has already been ordered to reserve the video conferencing equipment for August 9, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF BARE HILL CORRECTIONAL FACILITY produce Marc Confessore on August 9, 2023 at 12:00 pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Confessore must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Confessore has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

                                              So ordered: _____*Loretta A. Preska*_____
                                                             LORETTA A. PRESKA, U.S.D.J.