**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER ALLEN, *et al.* | |
| Plaintiffs, | **ORDER TO PRODUCE** |
| -vs.- | **19-cv-8173 (LAP)** |
| CARL KOENIGSMANN, et al. | **ECF** |
| Defendants. | |

**TO:** David Howard, Superintendent
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, New York 12788

**WHEREAS** Mark Daniels DIN 13B0317 is a Plaintiff in the above-captioned matter;

**WHEREAS** Mr. Daniels is currently in custody at Woodbourne Correctional Facility in Woodbourne, New York; and

**WHEREAS** Mr. Daniel's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Woodbourne Correctional Facility has already been ordered to reserve the video conferencing equipment for August 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF WOODBOURNE CORRECTIONAL FACILITY produce Mark Daniels on August 8, 2023 at 1:00 pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Daniels must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Daniels has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

So ordered: _____*Loretta A. Preska*_____
LORETTA A. PRESKA, U.S.D.J.