**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER ALLEN, *et al.*

                          Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                       Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**     **Superintendent**
         **Franklin Correctional Facility**
         **62 Bare Hill Road**
         **PO Box 10**
         **Malone, New York 12953-0010**

**WHEREAS** John Hinespeter DIN 01A5236 is a class member in the above-captioned matter;

**WHEREAS** Mr. Hinespeter is currently in custody at Franklin Correctional Facility in Malone, New York; and

**WHEREAS** Mr. Hinespeter's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Franklin Correctional Facility has already been ordered to reserve the video conferencing equipment for August 10, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FRANKLIN CORRECTIONAL FACILITY produce John Hinespeter on August 10, 2023 at 9:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Hinespeter must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Hinespeter has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

                So ordered: _____

                              LORETTA A. PRESKA, U.S.D.J.