UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, *et al.*<br><br>         Plaintiffs,<br><br>-vs.-<br><br>CARL KOENIGSMANN, et al.<br><br>         Defendants. | ORDER TO PRODUCE<br><br>19-cv-8173 (LAP)<br><br>ECF |

**TO:**   **Michael Capra, Superintendent**
    **Sing Sing Correctional Facility**
    **354 Hunter Street**
    **Ossining, New York 10562-5442**

**WHEREAS** Anthony Jackson DIN# 93A3439 is a class member in the above-captioned matter;

**WHEREAS** Mr. Jackson is currently in custody at Sing Sing Correctional Facility in Ossining, New York; and

**WHEREAS** Mr. Jackson's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Sing Sing Correctional Facility has already been ordered to reserve the video conferencing equipment for August 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY produce Anthony Jackson on August 8, 2023 at 9:00 am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Jackson must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Jackson has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

              So ordered: _/s/ Loretta A. Preska_
                      LORETTA A. PRESKA, U.S.D.J.