UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                    Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                    Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Stacie Bennett, Superintendent
Sullivan Correctional Facility
325 Riverside Drive
Fallsburg, New York 12733

**WHEREAS** Terry Mathis DIN #92B1144 is a plaintiff in the above-captioned matter;

**WHEREAS** Mr. Mathis is currently in custody at Sullivan Correctional Facility in Fallsburg, New York; and

**WHEREAS** Mr. Mathis' testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Sullivan Correctional Facility has already been ordered to reserve the video conferencing equipment for August 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SULLIVAN CORRECTIONAL FACILITY produce Terry Mathis on August 8, 2023 at 10:30 am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Mathis must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Mathis has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

                                        So ordered: *Loretta A. Preska*
                                                      LORETTA A. PRESKA, U.S.D.J.