**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER ALLEN, *et al.*

                              Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                              Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**   **Bryan Hilton, Superintendent**
        **Mid-State Correctional Facility**
        **9005 Old River Road**
        **Marcy, New York 13403**

**WHEREAS** Rafael Montanez DIN# 13A0436 is a class member in the above-captioned matter;

**WHEREAS** Mr. Montanez is currently in custody at Mid-State Correctional Facility in Marcy, New York; and

**WHEREAS** Mr. Montanez's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Mid-State Correctional Facility has already been ordered to reserve the video conferencing equipment for August 8, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF MID-STATE CORRECTIONAL FACILITY produce Rafael Montanez on August 8, 2023 at 2:00pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Montanez must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Montanez has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

                                              So ordered: _____*Loretta A. Preska*_____
                                                               LORETTA A. PRESKA, U.S.D.J.