UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

                            Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                            Defendants.

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Mark Miller, Superintendent
Green Haven Correctional Facility
594 Rt. 216
Stormville, New York 12582-0010

**WHEREAS** Robert Oleman DIN# 05A3301 is a class member in the above-captioned matter;

**WHEREAS** Mr. Oleman is currently in custody at Fishkill Correctional Facility in Stormville, New York; and

**WHEREAS** Mr. Oleman's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Green Haven Correctional Facility has already been ordered to reserve the video conferencing equipment for August 10, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF GREEN HAVEN CORRECTIONAL FACILITY produce Robert Oleman on August 10, 2023 at 10:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Oleman must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Oleman has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

So ordered: _____*Loretta A. Preska*_____
LORETTA A. PRESKA, U.S.D.J.