UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

Defendants.

_____

ORDER TO PRODUCE

19-cv-8173 (LAP)

ECF

**TO:** Andrew Boyd, Superintendent
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12977-0110

**WHEREAS** Kenneth Windley DIN #07A1876 is a class member in the above-captioned matter;

**WHEREAS** Mr. Windley is currently in custody at Adirondack Correctional Facility in Ray Brook, New York; and

**WHEREAS** Mr. Windley's testimony is needed for a trial in the above-captioned matter; and

**WHEREAS** Adirondack Correctional Facility has already been ordered to reserve the video conferencing equipment for August 10, 2023; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF ADIRONDACK CORRECTIONAL FACILITY produce Kenneth Windley on August 10, 2023 at 12:00 pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Windley must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Windley has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: July 24, 2023

So ordered: _____*Loretta A. Preska*_____
LORETTA A. PRESKA, U.S.D.J.