UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, *et al.*

    Plaintiffs,

-against-

CARL KOENIGSMANN, MD; *et al.*

    Defendants.

**ORDER AUTHORIZING THE DEPOSITIONS OF INCARCERATED PLAINTIFF CLASS MEMBERS**

Case No. 1:19-cv-8173 (LAP)

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that Dr. Moores, by and through her counsel, WHITEMAN OSTERMAN & HANNA LLP, may take the depositions of the following incarcerated individuals housed at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, virtually via a remote deposition, or by telephone conference, on the following dates and times the week of July 31, 2023:

| NAME | DIN | FACILITY | DATE & TIME |
|---|---|---|---|
| 1. Ronald Alston | 00A3985 | Sing Sing CF[1] | July 31, 9:30am |
| 2. Anthony Jackson | 93A3439 | Sing Sing CF | July 31, 10:30am |
| 3. Anthony Griggs | 17A3026 | Sullivan CF | July 31, 11:30am |
| 4. Ramal Myriee | 22R1066 | Woodbourne CF | July 31, 12:30pm |
| 5. Rafael Montanez | 13A0436 | Mid-State CF | July 31, 1:30pm |
| 6. Richard Vasquez | 20A0221 | Mid-State CF | July 31, 2:30pm |

---

[1] Correctional Facility.

| 7. | John Crosby | 17B2939 | Clinton CF | August 1, 9:30am |
|---|---|---|---|---|
| 8. | James Pine | 08A1101 | Clinton CF | August 1, 10:30am |
| 9. | Thomas Curry | 20R0613 | Fishkill CF | August 1, 11:30am |
| 10. | Eric Lindemann | 21A0705 | Fishkill CF | August 1, 1:00pm |
| 11. | Tina Vivenzio | 14G0521 | Albion CF | August 1, 2:00pm |
| 12. | Joyce Powell | 07G0632 | Bedford Hills CF | August 2, 9:30am |
| 13. | Marc Confessore | 19A1376 | Bare Hill CF | August 2, 10:30am |
| 14. | Alan Sherry | 21B1223 | Bare Hill CF | August 2, 11:30am |
| 15. | Matthew Herbert | 19A3325 | Marcy CF | August 2, 1:00pm |
| 16. | Miguel Tirado | 22B0969 | Marcy CF | August 2, 2:00pm |
| 17. | Thomas Briel | 22R0619 | Franklin CF | August 3, 9:30am |
| 18. | John Hinespeter | 01A5236 | Franklin CF | August 3, 10:30am |
| 19. | Robert Oleman | 05A3301 | Green Haven CF | August 3, 11:30am |
| 20. | Samson Burch | 81A3683 | Adirondack CF | August 3, 1:00pm |
| 21. | Kenneth Windley | 07A1976 | Adirondack CF | August 3, 2:00pm |

**IT IS FURTHER ORDERED** that Counsel for Defendant Moores shall arrange for gate passes for contact visits for Plaintiffs' Class counsel and/or law students working for Plaintiffs' Class Counsel at all facilities allowing entry at least one (1) hour before commencement of a scheduled deposition. No deposition shall be taken if Plaintiffs' counsel has not been granted access to the facility and is not in the physical presence of the witness. Plaintiffs' counsel must be able to fully participate in the proceedings while in the physical presence of his/her client within the facility. Defendant Moores' counsel shall arrange for and compensate any necessary interpreters for the

depositions.

Dated: New York, New York
July 25, 2023

SO ORDERED.

*Loretta A. Preska*
THE HONORABLE LORETTA A. PRESKA