UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Plaintiffs' letters dated July 30, 2023. (Dkt. nos. 684 and 685.) Defendants shall respond to Plaintiffs' letters by close of business today.

**SO ORDERED.**

Dated:    July 31, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1