UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al., <br><br>                Plaintiffs, <br><br> -against- <br><br> CARL KOENIGSMANN, et al., <br><br>                Defendants. | No. 19-CV-8173 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' letters dated July 30, July 31, and August 1, 2023. (Dkt. nos. 684-85, 689-92.) The discovery deadline in the individual liability actions shall be extended to September 15, 2023. Regarding the stay issued by the Court of Appeals, (dkt. no. 693), the Court shall continue to hold the August 7 trial date pending the Court of Appeals' decision. If and when the trial proceeds, the witnesses discussed in the parties' letters shall testify in person and not by deposition, absent consent of the parties to proceed otherwise.

**SO ORDERED.**

Dated:   August 2, 2023
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge