UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  In light of the Court of Appeals' stay of proceedings in this matter, the trial scheduled to commence August 7, 2023, is adjourned sine die.

**SO ORDERED.**

Dated: August 4, 2023
    New York, New York

            _____
            LORETTA A. PRESKA
            Senior United States District Judge