UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The parties shall appear for a telephone conference on August 9, 2023, at 1:00 PM. Dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated: August 9, 2023
    New York, New York

          _____
          LORETTA A. PRESKA
          Senior United States District Judge