UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The trial on the permanent injunction shall commence on September 5, 2023, and shall conclude by September 12, 2023. Proceedings shall commence at 9:00 AM each day. Over the course of trial, each of the two parties shall have a total of 15 hours to present. The parties may use their time as they wish for openings, closings, testimony, case-in-chief, defense, rebuttal, etc. The parties will be subject to chess timing, with time charged against the party speaking unless the Court rules otherwise.

Any medical records produced after August 21, 2023, and testimony on any medical issues or developments after August 21, 2023, shall be precluded at trial.

**SO ORDERED.**

Dated:   August 9, 2023
         New York, New York

SO ORDERED

_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1