UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN,

           Plaintiff,

-against-

CARL KOENIGSMANN, et al.,

           Defendants.

No. 23-CV-5651 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' letters dated July 30, July 31, and August 1, 2023 in Allen v. Koenigsmann. (Case number 19-CV-8173, dkt. nos. 684, 689, 691, 692.) The discovery deadline in this action and the other the individual liability actions listed below shall be extended to September 15, 2023.

    The Clerk of the Court shall close docket number 4. The Clerk of the Court shall also docket this order in each of the following cases and close the motions listed below.

- Bernard v. Dinello, 23-CV-3323: close docket number 16.
- Daniels v. Mueller, 23-CV-5654: close docket number 4.
- Dickinson v. Mueller, 23-CV-5657: close docket number 4.
- Dockery v. Dinello, 23-CV-5658: close docket number 4.
- Gradia v. Dinello, 23-CV-5660: close docket number 4.
- Hernandez v. Mueller, 23-CV-5661: close docket number 4.
- Knight v. Lee, 23-CV-5662: close docket number 4.
- Mathis v. Mueller, 23-CV-5663: close docket number 4.

1

- Pritchett v. Dinello, 23-CV-5664: close docket number 4.
- Rahman v. Lee, 23-CV-5665: close docket number 4.
- Rivera-Cruz v. Mueller, 23-CV-5667: close docket number 4.
- Stewart v. Mueller, 23-CV-5668: close docket number 4.
- Williams v. Dinello, 23-CV-3608: close docket number 17.

**SO ORDERED.**

Dated:    August 10, 2023
            New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

2