UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                              Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                              Defendants.

---

ORDER TO PRODUCE

19-cv-8173 (LAP)

ECF

**TO:**   Eileen Russell, Superintendent
Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills, New York 10507-2400

**WHEREAS** Joyce Powell DIN# 07G0632 is a class member in the above-captioned matter;

**WHEREAS** Ms. Powell is currently in custody at Bedford Hills Correctional Facility in Bedford Hills, New York; and

**WHEREAS** Ms. Powell's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF BEDFORD HILLS CORRECTIONAL FACILITY produce Joyce Powell on September 5, 2023 at 9:30am until her testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Ms. Powell must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow her to bring any legal papers Ms. Powell has been sent by her counsel and she shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

                                                So ordered: *Loretta A. Preska*
                                                                 LORETTA A. PRESKA, U.S.D.J.