**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PETER ALLEN, *et al.*

                                    Plaintiffs,

    -vs.-

CARL KOENIGSMANN, et al.

                                    Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:    Donita Mcintosh, Superintendent**
**Clinton Correctional Facility**
**1156 Rt. 374**
**Dannemora, New York 12929**

**WHEREAS** James Pine DIN# 08A1101 is a class member in the above-captioned matter;

**WHEREAS** Mr. Pine is currently in custody at Clinton Correctional Facility in Dannemora, New York; and

**WHEREAS** Mr. Pine's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF CLINTON CORRECTIONAL FACILITY produce James Pine on September 5, 2023 at 10:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Pine must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Pine has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

So ordered: *Loretta A. Preska*
                      LORETTA A. PRESKA, U.S.D.J.