UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                        Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                        Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**    **Edward Burnett, Superintendent**
          **Fishkill Correctional Facility**
          **18 Strack Drive**
          **Beacon, New York 12508-0307**

**WHEREAS** Eric Lindemann DIN# 21A0705 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Lindemann is currently in custody at Fishkill Correctional Facility in Beacon, New York; and

**WHEREAS** Mr. Lindemann's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FISHKILL CORRECTIONAL FACILITY produce Eric Lindemann on September 5, 2023, at 11:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Lindemann must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Lindemann has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

So ordered: *Loretta A. Preska*
                               LORETTA A. PRESKA, U.S.D.J.