UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                        Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                        Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**   David Howard, Superintendent
        Woodbourne Correctional Facility
        99 Prison Road
        Woodbourne, New York 12788

**WHEREAS** Ramal Myriee DIN# 22R1066 is a putative class member in the above-captioned matter;

**WHEREAS** Mr. Myriee is currently in custody at Woodbourne Correctional Facility in Woodbourne, New York; and

**WHEREAS** Mr. Myriee's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF WOODBOURNE CORRECTIONAL FACILITY produce Ramal Myriee on September 5, 2023, at 12:30pm until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Myriee must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Myriee has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

                                    So ordered: *Loretta A. Preska*
                                                        LORETTA A. PRESKA, U.S.D.J.