UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:** Michael Capra, Superintendent
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442

**WHEREAS** Anthony Jackson DIN# 93A3439 is a class member in the above-captioned matter;

**WHEREAS** Mr. Jackson is currently in custody at Sing Sing Correctional Facility in Ossining, New York; and

**WHEREAS** Mr. Jackson's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SING SING CORRECTIONAL FACILITY produce Anthony Jackson on September 7, 2023, at 11:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Jackson must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Jackson has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

So ordered: *Loretta A. Preska*
                LORETTA A. PRESKA, U.S.D.J.