**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PETER ALLEN, *et al.*

                              Plaintiffs,

  -vs.-

CARL KOENIGSMANN, et al.

                           Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:  Sandra Danforth, Superintendent**
      **Franklin Correctional Facility**
      **62 Bare Hill Road**
      **PO Box 10**
      **Malone, New York 12953-0010**

**WHEREAS** John Hinspeter DIN# 01A5236 is a class member in the above-captioned matter;

**WHEREAS** Mr. Hinspeter is currently in custody at Franklin Correctional Facility in Malone, New York; and

**WHEREAS** Mr. Hinspeter's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FRANKLIN CORRECTIONAL FACILITY produce John Hinspeter on September 8, 2023, at 9:30am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Hinspeter must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Hinspeter has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

So ordered: *Loretta A. Preska*
                          LORETTA A. PRESKA, U.S.D.J.