UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ALLEN, *et al.*

                Plaintiffs,

-vs.-

CARL KOENIGSMANN, et al.

                Defendants.

---

**ORDER TO PRODUCE**

**19-cv-8173 (LAP)**

**ECF**

**TO:**    **Sandra Danforth, Superintendent**
         **Franklin Correctional Facility**
         **62 Bare Hill Road**
         **PO Box 10**
         **Malone, New York 12953-0010**

**WHEREAS** Thomas Briel DIN# 22R0619 is a class member in the above-captioned matter;

**WHEREAS** Mr. Briel is currently in custody at Franklin Correctional Facility in Malone, New York; and

**WHEREAS** Mr. Briel's testimony is needed for a trial in the above-captioned matter; and

**NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF FRANKLIN CORRECTIONAL FACILITY produce Thomas Briel on September 8, 2023, at 9:00am until his testimony is complete and/or the day's proceedings have ended; and

**IT IS FURTHER ORDERED** that Mr. Briel must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Briel has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: August 10, 2023

                                        So ordered:  *Loretta A. Preska*
                                                        LORETTA A. PRESKA, U.S.D.J.