UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the parties' letters dated August 15 and 16, 2023, regarding follow up from the order to show cause hearing. (Dkt. nos. 744 and 746.) To the extent Plaintiffs wish to reply to Dr. Moores' letter, they may do so no later than August 25, 2023.


**SO ORDERED.**

Dated:    August 22, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1