UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

            Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

            Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letters dated August 15, 16, and 23, 2023, regarding follow up from the order to show cause hearing. (Dkt. nos. 744, 746, and 751.) Counsel for Mr. D'Amore and Ms. Sheehan, whether from Whiteman Osterman & Hanna or otherwise, will file their letter brief on the jurisdiction issue by August 28, 2023, no later than noon. Plaintiffs will respond by August 30, 2023, no later than 5:00 PM. Defense Counsel may reply by September 1, 2023, no later than 5:00 PM.

    Separately, Mr. D'Amore shall submit a letter responding to Plaintiffs' new allegations regarding interference with counsel visits by tomorrow, August 25, 2023, at noon. Plaintiffs may reply by August 26, 2023, at 5:00 PM.

    While the parties brief the jurisdiction issue, the Court will reserve ruling on the discovery and scheduling issues.

1

**SO ORDERED.**

Dated:     August 24, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge