UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CARL KOENIGSMANN, et al., <br><br> Defendants. | No. 19-CV-8173 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' letters dated August 24 and 25, 2023, regarding follow up from the order to show cause hearing. (Dkt. nos. 753 and 754.) While the Court is amenable to most any dates the parties agree to for the briefing on the jurisdiction issue, it is of the view that the jurisdiction issue should be decided before discovery is ordered. With that in mind, the briefing schedule laid out in the Court's order of August 24, 2023 (dkt. no. 752), is vacated. The parties shall confer and inform the Court by letter of a proposed schedule.

The Court is appreciative of Superintendent D'Amore's attention to the counsel visitation issues.

**SO ORDERED.**

Dated:   August 25, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge