UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received Plaintiffs' letter dated August 30, 2023. (Dkt. no. 761.) The parties shall appear for a telephone conference on September 1, 2023, at 10:00 AM. Dial-in: (877) 402-9753, access code: 6545179.

The Clerk of the Court shall close the open motion. (Dkt. no. 761.)

**SO ORDERED.**

Dated:    August 30, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1