## LAW OFFICE OF AMY JANE AGNEW

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

December 4, 2023

**VIA ECF**

**Re:**  *Allen v. Koenigsmann, et al.,* **19-cv-8173**

Plaintiffs write with consent to request an extension of our time to file our fees and costs application.  The current deadline is Wednesday, December 6, 2023.  I would respectfully request an extension until Friday, December 8, 2023.  My mentor, John E. Clark, Esq., died very suddenly last Sunday.  A great portion of my time since then has been spent assisting his only son with the details that must be tended to after an unforeseen death – including a house in Skiathos, Greece in mid-construction and locating a will, etc.  I insist that I personally review all the billing and expense records for the motion as I am best-suited within our firm, but I am also best-suited to help those close to John.  I would be grateful for the courtesy of an extension.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs shall have until December 8, 2023, to
file their application for fees and costs.

SO ORDERED.

Dated:   December 5, 2023
```

_____
LORETTA A. PRESKA U.S.D.J.