# LAW OFFICE OF AMY JANE AGNEW

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

December 8, 2023

**VIA ECF**

**Re:**   *Allen v. Koenigsmann, et al.,* **19-cv-8173**

Plaintiffs write with the gracious consent of our adversaries to request an extension of our time to file our fees and costs application for another three days, until Monday December 11, 2023.  The current deadline is today.  For the reasons detailed in my letter of December 3, 2023, I am spending unforeseen hours each day on an unexpected personal matter.  I would be grateful for the courtesy of an extension.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

```
Plaintiffs shall have until December 11, 2023, to file their
application for fees and costs.

SO ORDERED.

Dated:    December 8, 2023
```

_____
LORETTA A. PRESKA, U.S.D.J.