UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARK DANIELS, et al. on behalf of themselves and others similarly situated, | : | **ECF CASE** |
| | : | |
| Plaintiffs | : | **NOTICE OF MOTION FOR AN AWARD OF FEES AND COSTS PURSUANT TO RULE 23(f) and 42 U.S.C. § 1988** |
| v. | : | |
| CAROL MOORES | : | |
| Defendant | : | **19-cv-8173(LAP)** |

**TO:**     All Counsel of Record

**PLEASE TAKE NOTICE** that on the _____ day of _____ 2023 at 9:00am or as soon

thereafter as counsel may be heard, the Law Office of Amy Jane Agnew, P.C., counsel for Plaintiff

Class, shall move before the United States District Court for the Southern District of New York,

located at 500 Pearl Street, New York, New York 10007, before the Honorable Loretta A. Preska,

United States Senior District Judge, for an Order granting an award of fees and costs pursuant to

Federal Rule Civil Procedure 23(h) and 42 U.S.C. § 1988.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Plaintiff Class shall

rely upon this Notice of Motion, the Memorandum of Law in Support of the Plaintiff Class's

Motion, and the Declaration of Amy Jane Agnew, Esq., with exhibits thereto, as well as the docket

to date in this case.

Dated: December 11, 2023
    New York, New York

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

<u>/s/ Amy Jane Agnew</u>
Amy Jane Agnew, Esq.,
*Counsel for Plaintiff-Class*
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724
aj@ajagnew.com