UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
MARK DANIELS, et al. on behalf of      :    19 Civ. 8173 (LAP)
themselves and others similarly        :
situated                               :
          Plaintiffs,          :
                                     :    ORDER
    v.                               :
                                     :
CAROL MOORES,                          :
                                     :
          Defendant.           :
                                     :
------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

    Recently filed is Plaintiffs' counsel's motion for fees and costs, (dkt. no. 820). Counsel shall confer and inform the Court of an agreed upon briefing schedule together with an approximate return date.

SO ORDERED.

Dated:    New York, New York
          December 13, 2023

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge