UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------X
PETER ALLEN, et al.,                       :      19 Civ. 8173 (LAP)
                                           :
                Plaintiffs,                :
                                           :             ORDER
        v.                                 :
                                           :
CARL KOENIGSMANN, et al.,                  :
                                           :
                Defendants.                :
                                           :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Angel Rodriguez's December 15, 2023 letter (dkt. no. 829) requesting counsel. The Chief Counsel to the Office of Pro Se Litigation is requested to attempt to locate counsel for Mr. Rodriguez.

    The Clerk of the Court shall mail a copy of this order to Mr. Rodriguez.

SO ORDERED.

Dated:   New York, New York
         January 11, 2024

                                  *Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge