UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
PETER ALLEN, et al.,                    :     19 Civ. 8173 (LAP)
                                        :
                Plaintiffs,             :
                                        :              ORDER
        v.                              :
                                        :
CARL KOENIGSMANN, et al.,               :
                                        :
                Defendants.             :
                                        :
----------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

        The Court recently received three letters from Mr. Griggs,

(dkt. no. 830), which are filed for parties' eyes only to

safeguard his medical information. Counsel shall review the

letters and inform the Court of Mr. Griggs' status, including

the status of his medical records and specialist reports.

        The Clerk of the Court shall mail a copy of this order to

Mr. Griggs.

SO ORDERED.


Dated:    New York, New York
          January 11, 2024

                         _Loretta A. Preska_
                         LORETTA A. PRESKA
                         Senior United States District Judge

1