UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

           Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

           Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter motion to strike docket entry number 830 in the above-captioned case, (see dkt. no. 833), because a portion of docket entry number 830 contains communications protected by the attorney-client privilege.

    Plaintiffs' letter motion is GRANTED.  The Clerk of the Court shall strike docket entry number 830 in its entirety.

**SO ORDERED.**

Dated:    January 12, 2024
           New York, New York

*(signature)*
_____
LORETTA A. PRESKA
Senior United States District Judge