```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PETER ALLEN, et al.,                  :     19 Civ. 8173 (LAP)
                                      :
                Plaintiffs,           :
                                      :     AMENDED ORDER
       v.                             :
                                      :
CARL KOENIGSMANN, et al.,             :
                                      :
                Defendants.           :
                                      :
-------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall review the re-filed letter sent by Anthony Griggs in the above-captioned case, (see dkt. no. 835), and inform the Court of Mr. Griggs's status, including the status of his medical records and specialist reports.

The Clerk of the Court shall mail a copy of this order to Mr. Griggs.

SO ORDERED.

Dated:   New York, New York
         January 12, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge

1