UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

           Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

           Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Attached for counsel's review is a letter received by the Court from Carl Wells, an inmate at Green Haven Correctional Facility, dated January 9, 2024.

**SO ORDERED.**

Dated:    January 23, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1

TO: CAROL A. MOORSE, MD. MPH. MSHA.
    (NYS)(DOCCS) EXECUTIVE OFFICE OF THE MEDICAL COMMISSIONER*
    1220 WASHINGTON AVE., ALBANY NY, 12226-2050

CC: LAW OFFICE OF AMY JANE AGNEW, P.C.
    36 PAGE HILL ROAD,
    FAR HILLS, NJ  07931

CC: (U.S.D.J.) L. PRESKA (CHAMBERS) (U.S. COURTHOUSE (S.D.N.Y.)

CC: SUPT. OF GREEN HAVEN C.F. (MR. MARK MILLER, EXECUTIVE OFFICE)

DATED: 1/9/~~23~~ 24 (BY: CARL WELLS DIN#11a1747 (G 52-67(s))).

---

COMMISSIONER MOORSE:

PLEASE BE ADVISED THAT, AFTER JUDGE PRESKA'S FEDERAL ORDER AND
MS. AMY JANE AGNEWS, LITIGATION, THE FOLLOWING HAS CONTINUED.

1. DUE TO SEVERE LUNG CONGESTION/CHEST, LAST FRIDAY, 1/5/24, AT
4:45 PM I WENT TO EMERGENY SICK CALL. I WAS TOLD THAT NO DOCTOR
WAS AVALIBLE TO SEE ME, A NICE NURSE HELPED ME, FEMALE.
NO FOLLOW UP WAS SCHEDULED?

2. ON 1/9/24, G BLOCK AM GO AROUND, I SIGNED UP FOR CHOW/KIOSK. I
WENT TO CHOW, AT 9:30AM WE RETURNED, AT 10:00 AM, PROGRAM RUN, I
WAS UNDRESSED AND WAS TOLD THAT, "YOU HAVE A CALL OUT", YET,
GALLERY OFFICER COULD NOT TELL ME WERE? I WENT DOWN STAIRS TO A
BUBBLE OFFICER AND HE TOLD ME, "YOU HAVE CLINIC, THEY JUST
CALLED"! SEE THE SLIP ATTACHED. AT 10:15 AM I WENT TO CLINIC,
UPON ARRIVAL, I WAS TOLD THAT I MISSED A NURO SURGEON CALL,
SCHEDULED FOR 9:30AM. "WHERE WERE YOU?" ETC. . .

I WAS NOT GIVEN NOTICE, BY MAIL, GO AROUND, NOR IN PERSON?
THEREFORE, I MISSED THE CALL. A FEMALE SUPERVISOR CAME AND TOLD
ME IN THE CLINIC THAT, "THIS IS ON SECURITY, IT WAS'NT US"!

I'm claiming, Ministerial Negligence, Breach of Security,
Interference, Denied Medical Treatment, (U.S.C.A.Const.Amend. 8),
and something has to be done by the clinic staff, to issue
appointment notices without depending on Block and Facility
Officers to deliver message?

                                      Respectfully, Carl Wells

CC: JUDGES CHAMBERS
    HON. W. BROOKS DeBOW (WELLS V. STATE, Claim #138797)

CC: HEATHER RUBENSTEIN, ESQ (NY STATE ASSIST (AG)
    POUGHKEEPSIE OFFICE, (NYS)*
CC: File: c/d/w.:

CARL WELLS 11a1747
**GREEN HAVEN CORRECTIONAL FACILITY**
*P.O. BOX 4000*
STORMVILLE, NEW YORK 12582-4000

NAME: G 52 67(s)    DIN: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007
CHAMBERS: JUDGE LAURA PRESKA (U.S.D.J.)