UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>                Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for 2:00 p.m. on Monday, January 29, 2024, (see dkt. no. 825), is hereby adjourned to 10:30 a.m. on Tuesday, February 13, 2024.  The conference will take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    January 26, 2024
           New York, New York

                        */s/ Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge

1