# LAW OFFICE OF AMY JANE AGNEW, P.C.

Hon. Loretta A. Preska
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2220
New York, NY 10007-1312

January 27, 2024

**VIA ECF**

Re:   Allen, et al. v. Koenigsmann, et al., 19-cv-8173 (LAP)

Dear Judge Preska:

Yesterday the Court rescheduled the parties' January 30, 2024 conference for February 13, 2024. (Dkt. No. 844.)  I write to respectfully request the Court reschedule the conference.  I am scheduled to be flying at the time of the conference and will be out of the country from February 13, 2024 until February 20, 2024.  For scheduling purposes, I also offer that our office will be in Syracuse before Judge Sannes on February 12, 2024 for a final pre-trial conference and we will be prosecuting a trial in Syracuse February 26, 2024 through March 1, 2024.  I do apologize for the inconvenience.  I can certainly attend telephonically between February 14 and February 20, 2024.  If the Court does not feel my appearance is necessary, Mr. Morrison can certainly appear for the Plaintiff Class on February 13, 2024.

Very truly yours,
/s/ AJ Agnew
Amy Jane Agnew, Esq.

---

The parties shall appear for the conference in the above-captioned case scheduled for February 13, 2024.  Mr. Morrison may appear on behalf of the Plaintiffs.

SO ORDERED.   _Loretta A. Preska_
_____
LORETTA A. PRESKA, U.S.D.J.
01/29/2024

---

| *New York Office* | (973) 600-1724 | aj@ajagnew.com | *New Jersey Office* |
| --- | --- | --- | --- |
| 24 Fifth Avenue, Suite 1701 | | | 36 Page Hill Road |
| New York, NY 10011 | | | Far Hills, NJ 07931 |