```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>CARL KOENIGSMANN, et al.,<br><br>　　　　　　Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court is in receipt of Defendant Carol Moores' letter, dated February 12, 2024. (See dkt. no. 848.) The conference scheduled for February 13, 2024, is hereby adjourned to 10:30 a.m. on Wednesday, February 21, 2024.

**SO ORDERED.**

Dated:　　February 12, 2024
　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge