UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| PETER ALLEN, et al., | |
|---|---|
| Plaintiffs, | No. 19-CV-8173 (LAP) |
| -against- | ORDER |
| CARL KOENIGSMANN, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court hereby grants Plaintiffs' motion for attorneys' fees, (see dkt. no. 820), for the reasons and to the extent the Court set forth on the record at the hearing held on February 21, 2024.

**SO ORDERED.**

Dated:    February 22, 2024
             New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge