```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARK DANIELS, et al. | : |
| | : ECF CASE |
| Plaintiffs | : |
| | : No. 19 cv 8173(LAP) |
| v. | : |
| | : |
| DR. CAROL MOORES | : ORDER |
| | : |
| Defendant. | : |

**LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:**

This matter is before the Court on the Plaintiff Class's motion for attorneys' fees and costs pursuant to 42 U.S.C. § 1988. (See dkt. nos. 820-822, 827-828, 841-842.) For the reasons detailed in the Court's opinion and order placed on the record on February 21, 2024, judgment shall be entered in favor of Plaintiff Class counsel, Law Office of Amy Jane Agnew, P.C., for $3,796,902.82 in full satisfaction of the Plaintiff Class's motion for attorney fees and costs.

SO ORDERED.

Dated:   March 1, 2024
         New York, New York

*Loretta A. Preska*
LORETTA A PRESKA, U.S.D.J.