```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PETER ALLEN, et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> CARL KOENIGSMANN, et al., <br><br>                    Defendants. | No. 19-CV-8173 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Plaintiffs and the letter filed by Defendant Moores regarding Plaintiff Class members Ramal Myriee and Anthony Griggs.  (See dkt. nos. 855, 856.)  The parties shall appear for a teleconference at 11:00 a.m. on March 15, 2024, to address their letters.

The parties may dial in to the teleconference using telephone number (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:     March 12, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1