UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER ALLEN, et al.,<br><br>                    Plaintiffs,<br><br> -against-<br><br> CARL KOENIGSMANN, et al.,<br><br>                    Defendants. | No. 19-CV-8173 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court's entry of the permanent injunction order, (see dkt. no. 813), Plaintiffs' cross-motion in limine to apply judicial estoppel, (see dkt. no. 624), is denied as moot. The Clerk of the Court is respectfully directed to close docket entry number 624.

**SO ORDERED.**

Dated:   March 12, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1