UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK DANIELS, et al.,

                        Plaintiff,                        19 **CIVIL** 8173 (LAP)

       -against-                              **JUDGMENT**
                                                 For Attorney's Fees and Costs
DR. CAROL MOORES,

                        Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2024, judgment is entered in favor of Plaintiff Class counsel, Law Office of Amy Jane Agnew, P.C., for $3,796,902.82 in full satisfaction of the Plaintiff Class's motion for attorney fees and costs.

**Dated:**  New York, New York
           March 22, 2024

                                                                 **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                   **BY:**      *K. Mango*

                                                                    **Deputy Clerk**