UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ALLEN, et al.,

                Plaintiffs,

-against-

CARL KOENIGSMANN, et al.,

                Defendants.

No. 19-CV-8173 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Attached for counsel's review is a letter received by the Court from Carl Wells, an inmate at Green Haven Correctional Facility.  Counsel shall review the letter and inform the Court of Mr. Wells' status.

**SO ORDERED.**

Dated:    May 6, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1

LAW OFFICES OF, AMY JANE AGNEW, P.C.
        36 PAGE HILL ROAD
        FAR HILLS, NJ
            07931

CC: UNITED STATES DISTRICT JUDGE (U.S.D.J.)
            (CHAMBERS)

    HON. JUDGE LAURA PRESKA, (S.D.N.Y.)*

SUBJECT: WESTCHESTER HOSPITAL     FROM: CARL D. WELLS (DIN #11A1747)
         TRIP & TRIP OFFICERS           GREEN HAVEN C.F.
         REMOVAL/CANCELATION            594 ROUTE 216,
         OF THIS TRIP BY,               STORMVILLE, NEW YORK
         GREEN HAVEN INFERMARY?         12582 NEW CELL LOCATION*
                                        [G 52 54(s)]*

---

AMY JANE, RESPECTFULLY:

                I hope you are in good health and have
been successful in your litigation against Green Haven C.f.
Clinic, inter-alia.   As for me, Direct & Supplemental Appeal
Briefs filed, and I hope my Brief does'nt cause to many questions
after reading it. If you get a chance to call Mr. Dustin J. Trimm
about his Black & Blue, Swollen Calf & Foot, and Security adding
to the injuries, Please Do, he needs help Amy!

I'm writing to let you know that, Two Vet Officers put their Job
on the line to get me to a Westchester Hospital Appointment. The
Officer's were put on a Construction Site & Mess Hall when we
were to be driving to this Appointment. At 2.45 (PM), They had to
find the Papers as the Infermary Told them my Appointment was
cancelled. Both, got me there one hour late, and I was seen.

Next problem deals with who i seen, what he said, and who he was?
First, I could not step up to get into Van With Hand-Cuffs, as
the Officer? I can walk, steps a problem, need rell. Eyes White,
no swelling of legs or ancle's, no pain around liver. 2017 1000
Dollar a pill, four month Hep C Treatment, Un-Detectable. Blood
Pressure Good, and heart, gain weight, strong hunger, good. Since
2014, Bilateral Venous Doppler of The Both Legs, By Josph L.
Rocaneill, M.D., 08/11/2014 Exam (718)454-8556, Multi-Diagnosic
Services, Inc, Complaint, same groin pain, left side, left lower
back pain, which was (PROSTATE) Most likely, 2014! (GHCF)! That
same pain has pressure on my (L NERVE), BLOCKING STOOL, Urine
Etc.

PAGE TWO: LAW OFFICES OF;
AMY JANE AGNEW, P.C.

I am in severe pain, with an enlarged prostate, that could have been treated, checked for and detected over two years ago. Moreover, has my Spline Enlarged, as the Westchester Specialist pointed out? Only, He was not and is not what I was there for?  I was there to talk! As he explained what was written, and then, checking me out, seeing me etc. Confused him. No liver Saroses, last biopsy, 2012 ALICE HYDE HOSP, MALONE NY. Hep C treated, and he noted, FINDINGS OF ENLARGED SPLINE, & PROSTATE, SAYS, THATS MOST LIKELY YOUR PROBLEM, AS IT ALL STATES IN DOCCS RECORDS/COMPUTER, ETC. . .

So, i'm asking you, Why was'nt I admitted, Evaluated and Diagnosed and Treated for Spline & Prostate?  Why was another Green Haven appointment put in for Nuro Specialist, when i've also spoke and seen him two times? What happened to pain management? What happened to Treatment, and not talking? It appears that i should have stayed, as the Trip Officers knew, and repeated talks, back to Green Haven. Yet, not a Hospital that could have clearly, correctly evaluated, did test, and come to the clearly needed treatment options?

Evasion is a sign of guilt.  Do I have prostate cancer, or just need, "SAW PARMETTO"? And other possible treatment's? Is my Spline gonna Blow up, believe me, Heart, Kidney & Liver is not the problem. Moreover, no type of check has been done, just MRI/X-RAYS, CAT SCAN? This Gastro Specialist pin pointed prostate causingthe stool, nerve pain, spline, and said, "they should have seen this"! Since, 2014 you've not checked for enlargement, only PSI BLOOD WORK! NOR HAVE YOU ADMITTED ME INTO A HOSPITAL TO FIND, DIAGNOSE AND CURE THE PROBLEM. Repeated, Rescheduled appointments for what? TIME EVASION, AS TIME DESTROYS MY BODY, AS ONE ORGAN IS NOT WORKING WITH THE OTHERS, RIGHT? This does'nt include the severe pain i'm in. Fax the Green Haven C.f. Health Supt, i'm not letting This Hub, Facility, Treat me any more, REFUSAL FORM, I'LL TAKE MY CHANCES WITH GOD, CUT OFF THE EVAL STATUS PENDING, DEATH!

Have   Nurse   Admin   File   my   records,

CC: FILE c/w.:                    REFUSED TREATMENT! C WELLS



GREEN HAVEN CORRL.
P.O. BOX 4000
STORMVILLE, NEW YORK

NAME: CARL D. WELLS

G 52 54 (s)

DIN: 11-A-1747

UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK
CLERKS OFFICE : JUDGES CHAMBERS
(U.S.D.J.) HON LAURA PRESKA
500 PEARL STREET, NEW YORK,
LEGAL MAIL: NY 10007