# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 1, 2025

**VIA ECF**

Re:  *Allen, et al. v. NYS DOCCS, et al.,* 19-cv-8173 (LAP)(SN)

Dear Judge Preska:

I submit the following proposed scheduling order for the Plaintiff Class's fees on fees petition with the consent of Defendant's counsel:

April 21, 2025 – Plaintiff Class's Motion Submitted

May 21, 2025 – Defendant Moores' Opposition papers

May 27, 2025 – Plaintiff Class's Reply

Also, this office reached out to Defendants' counsel and inquired about the payment of our judgment and accrued interest as recently affirmed by the Second Circuit. We were told that Defendants' counsel "will move this forward," but when we asked for specifics, we received none. Obviously, we would like to avoid the tedium of execution but may have to return to the Court if details are not forthcoming.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/3/25

---

*New York Office*  (973) 600-1724   aj@ajagnew.com   *New Jersey Office*
24 Fifth Avenue, Suite 1701                              36 Page Hill Road
New York, NY 10011                                       Far Hills, NJ 07931