## Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 8, 2026

**VIA ECF**

**Re:    Allen v. Koenigsmann, 19-cv-8173**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of the Plaintiff Class to respectfully request an extension of Plaintiffs' time to file their motion for injunction monitoring fees.  The motion is currently due March 16, 2026 and we would respectfully request until April 17, 2026.

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

**SO ORDERED.** The Clerk of the Court shall close docket number 916.

_____
Loretta A. Preska, U.S.D.J.
March 9, 2026

---