# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 24, 2026

**VIA ECF**

**Re:    Allen v. Koenigsmann, 19-cv-8173**

Dear Judge Preska:

    With the consent of Defendant's counsel, I write on behalf of the Plaintiff Class to respectfully request <u>an extension of Plaintiffs' time to file their motion for injunction monitoring fees.  I would respectfully request leave to file on June 29, 2026.</u>  I have, and will be, in and out of the office for a series of unforeseen medical procedures.

    With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

The underlined request is
GRANTED.  The Clerk of
Court shall close docket
number 918.  **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
April 27, 2026

---