# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 29, 2026

**VIA ECF**

**Re:   Allen v. Koenigsmann, 19-cv-8173**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of the Plaintiff Class to respectfully request <u>an extension of Plaintiffs' time to file their motion for injunction monitoring fees to Wednesday, July 1 2026</u>. The motion is currently due today and we would respectfully request two more days as we are still redacting invoices for filing. <u>Defendant, in turn, has requested an extension until August 12, 2026 to submit an opposition.</u>

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff Class*

SO ORDERED.

*Loretta A. Presca*

Loretta A. Preska, U.S.D.J.
July 1, 2026