# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

September 2, 2026

**VIA ECF**

**Re: Allen v. Koenigsmann, 19-cv-8173**

Dear Judge Preska:

Defendant's counsel filed its opposition to Plaintiff's Motion for Post-Judgment Fees on August 26, 2026. (Dkt. No. 930.) I have just returned from medical leave for part-time work this week and would respectfully request leave to file Plaintiff's reply on Friday, September 4, 2026.

With our thanks for the Court's continued courtesy.

Sincerely,

***/s/ AJ Agnew***

Amy Jane Agnew, Esq.
*Counsel to Plaintiff Class*

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
September 3, 2026

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724

aj@ajagnew.com

*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931